David W. Meadows (CA Bar No. 137052)
**LAW OFFICES OF DAVID W. MEADOWS**
1801 Century Park East, Suite 1235
Los Angeles, California 90067
Telephone: 310-557-8490
Facsimile: 310-557-8493
Email: david@davidwmeadowslaw.com

Counsel to Secured Creditors Packo Investments, Inc., Allen Park, M&A Equities, LLC, The BAE Family Trust, Mohamed Sanfaz, and Kap Chan Chong

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | 2:18-bk-19004-VZ |
| JONG UK BYUN, | Chapter 11 |
| Debtor and Debtor in Possession | DECLARATION OF DAVID W. MEADOWS IN SUPPORT OF DISCLOSURES REQUIRED PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019 |

**DECLARATION OF DAVID W. MEADOWS**

**I, David W. Meadows, declare as follows:**

1.   I am an attorney at law and licensed to practice before this Court.   I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to

1

those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto and incorporated herein is an attachment setting forth information and disclosures required pursuant to Federal Rule of Bankruptcy Procedure 2019 ("Rule 2019"). The undersigned believes the disclosures are required due to the multiple representations of creditors in this case by the undersigned (the "Represented Creditors"). I believe the information is true, correct and accurate to the best of my knowledge and belief. As required by Rule 2019, I will supplement and/or amend the disclosure as warranted.

3. Attached as **Exhibit 1** is a chart, as identified in the attachment, subject to the notes set out in the attachment. Exhibit 1 sets out the various parcels of real property that are believed to be the subject of the Debtor's case and which are collateral to the Represented Creditors. As noted in the attachment, the information provided in the chart is accurate and complete to the best my knowledge and belief.

4. Attached as **Exhibit 2** is a true and correct copy of the instrument or document authorizing the group to act on behalf of the group, and the waiver of a conflict of interest for counsel to represent each creditor individually, as required by Bankruptcy Rule 2019(c)(3)(C).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of August, 2018 in Los Angeles, California.

/s/ David W. Meadows
David W. Meadows

2

EXHIBIT 1

**CMI and Byun - Chart of All Parcels and Consensual Liens**

|  |  |  | SUBJECT TO 8/6/2018 |  | Parcels Owned by Central Metal, Inc. |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | ----------> Lienholders in Decending Priority ------> |  |  |  |  |  |  |
| Property: | APN | Current Estimated Values | FORECLOSURE Y/N | Tax | Hyundai | Toni Ko | Packo | M&A Equities | BAE | Sanfaz | A. Park | K. Chong | Total Liens |
| **Alameda** |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | 5167-015-068 | $ 379,200.00 | No | $ 30,000.00 | $ - |  | $ 2,000,000.00 |  | $ 1,290,000.00 |  |  |  | $ 3,320,000.00 |
| **Santa Fe -** | 6202-036-010 | $ 2,455,218.00 | Yes | $ 8,251.22 | $ 21,000,000.00 | $ 877,500.00 |  |  |  |  |  | $ 100,000.00 | $ 21,108,251.22 |
| **Santa Fe -** | 6202-036-011 | $ 6,064,116.00 | Yes | $ 43,000.00 | $ 21,000,000.00 | $ 877,500.00 |  |  |  |  |  |  | $ 21,043,000.00 |
| **Misc. *** | 088-190-07-00 | $ 120,000.00 | No | $ 3,000.00 | $ - |  |  |  |  |  |  |  | $ 3,000.00 |
|  | **Totals:** | **$ 9,018,534.00** |  | **$ 84,251.22** | **$ 21,000,000.00** | **$ 877,500.00** | **$ 2,000,000.00** | **$ -** | **$ 1,290,000.00** | **$ -** | **$ -** | **$ 100,000.00** | **$ 25,251,751.22** |
|  | **Equity:** | **$ (16,233,217.22)** |  |  |  |  |  |  |  |  |  |  |  |

|  |  |  |  |  | Parcels Owned by BYUN JONG UK |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | Priority reversed on these 5 parcels |  |  |  |  |  |
| **San Bernardino** |  |  |  |  |  |  |  |  |  |  |  |  |  |
| S G Street | 0136-011-31-000 | $97,212.00 | No | $ 2,500.00 | $ - |  | $ 2,000,000.00 | $ 600,000.00 | $ 1,290,000.00 | $ 500,000.00 | $ - | $ 100,000.00 | $ 2,492,500.00 |
| S G Street | 0136-011-41-000 | $81,204.00 | No | $ 2,500.00 | $ - |  | $ 2,000,000.00 | $ 600,000.00 | $ 1,290,000.00 | $ 500,000.00 | $ - | $ 100,000.00 | $ 2,492,500.00 |
| S G Street | 0136-084-20-000 | $226,296.00 | No | $ 7,500.00 | $ - |  | $ 2,000,000.00 | $ 600,000.00 | $ 1,290,000.00 | $ 500,000.00 | $ - | $ 100,000.00 | $ 2,497,500.00 |
| 144 S G St | 0136-091-11-000 | $1,191,792.00 | No | $ 30,000.00 | $ - |  | $ 2,000,000.00 | $ 600,000.00 | $ 1,290,000.00 | $ 500,000.00 | $ - | $ 100,000.00 | $ 2,520,000.00 |
| 144 S G St | 0136-091-12-000 | $804,984.00 | No | $ 35,000.00 | $ - |  | $ 2,000,000.00 | $ 600,000.00 | $ 1,290,000.00 | $ 500,000.00 | $ - | $ 100,000.00 | $ 2,525,000.00 |
|  | **Totals:** | **$2,401,488.00** |  | **$ 77,500.00** | **$ -** |  | **$ 2,000,000.00** | **$ 600,000.00** | **$ 1,290,000.00** | **$ 500,000.00** | **$ -** | **$ 100,000.00** | **$ 4,567,500.00** |
| **Alameda** |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 1770 E 22nd St | 5167-015-049 | $607,575.00 | No | $ 6,000.00 | $ - |  |  |  |  |  |  |  | $ 6,000.00 |
|  | 5167-015-063 | $3,198,825.00 | Yes | $ 51,106.84 | $ 21,000,000.00 |  | $ 2,000,000.00 |  | $ 1,290,000.00 |  | $ 100,000.00 | $ 100,000.00 | $ 24,541,106.84 |
|  | 5167-015-064 | $5,562,900.00 | Yes | $ 89,274.19 | $ 21,000,000.00 |  | $ 2,000,000.00 |  | $ 1,290,000.00 |  | $ 100,000.00 | $ 100,000.00 | $ 24,579,274.19 |
|  | 5167-015-065 | $1,093,275.00 | Yes | $ 16,662.19 | $ 21,000,000.00 |  | $ 2,000,000.00 |  | $ 1,290,000.00 |  | $ 100,000.00 | $ 100,000.00 | $ 24,506,662.19 |
|  | 5167-015-067 | $3,874,575.00 | No | $ 75,000.00 | $ - |  | $ 2,000,000.00 |  | $ 1,290,000.00 |  | $ 100,000.00 | $ 100,000.00 | $ 3,565,000.00 |
|  | **Totals:** | **$14,337,150.00** |  | **$ 238,043.22** | **$ 21,000,000.00** |  | **$ 2,000,000.00** | **$ -** | **$ 1,290,000.00** | **$ -** | **$ 100,000.00** | **$ 100,000.00** | **$ 24,728,043.22** |

**Santa Fe [APA includes above Santa Fe parcels owned by CMI]**

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 6202-036-009 | $235,410.00 | Yes | $ 4,743.78 | $ 21,000,000.00 | $ 877,500.00 |  |  |  |  | $ 100,000.00 | $ 100,000.00 | $ 21,004,743.78 |
| * Jointly by BJU and BI | 6202-036-012 | $5,831,955.00 | Yes | $ 85,117.49 | $ 21,000,000.00 | $ 877,500.00 |  |  |  |  | $ 100,000.00 | $ 100,000.00 | $ 21,085,117.49 |
| * Jointly by BJU and BI | 6202-036-013 | $7,095,246.00 | Yes | $ 97,440.54 | $ 21,000,000.00 | $ 877,500.00 |  |  |  |  | $ 100,000.00 | $ 100,000.00 | $ 21,097,440.54 |
|  | 6202-037-004 | $1,078,383.00 | Yes | $ 51,869.34 | $ 21,000,000.00 | $ 877,500.00 | $ 2,000,000.00 |  | $ 1,290,000.00 | $ 500,000.00 | $ 100,000.00 | $ 100,000.00 | $ 25,041,869.34 |
|  | 6202-037-006 | $2,455,218.00 | Yes | $ 41,835.36 | $ 21,000,000.00 | $ 877,500.00 | $ 2,000,000.00 |  | $ 1,290,000.00 | $ 500,000.00 | $ 100,000.00 | $ 100,000.00 | $ 25,031,835.36 |
|  | 6202-037-009 | $6,064,116.00 | Yes | $ 187,133.49 | $ 21,000,000.00 | $ 877,500.00 | $ 2,000,000.00 |  | $ 1,290,000.00 | $ 500,000.00 | $ 100,000.00 | $ 100,000.00 | $ 25,177,133.49 |
|  | 6202-037-010 | $716,661.00 | Yes | $ 8,461.38 | $ 21,000,000.00 | $ 877,500.00 | $ 2,000,000.00 |  | $ 1,290,000.00 | $ 500,000.00 | $ 100,000.00 | $ 100,000.00 | $ 24,998,461.38 |
| **IN ESCROW FOR $28,000,000 -->** |  | **$23,476,989.00** |  | **$ 476,601.38** | **$ 21,000,000.00** | **$ 877,500.00** | **$ 2,000,000.00** | **$ -** | **$ 1,290,000.00** | **$ 500,000.00** | **$ 100,000.00** | **$ 100,000.00** | **$ 25,867,500.00** |

| **Misc.** |  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 0497-192-04-000 | $2,874.80 | No | $ - | M&A Note |  |  |  |  |  |  |  | $ - |
| 24399 W. Hwy 58 | 0497-192-09-000 | $8,324.80 | No | $ 500.00 | M&A Note |  |  |  |  |  |  |  | $ 500.00 |
|  | 0497-192-10-000 | $596,597.60 | No | $ 10,000.00 | M&A Note |  |  |  |  |  |  |  | $ 10,000.00 |
|  |  | **$607,797.20** |  | **$ 10,500.00** | **$ -** |  |  |  |  |  |  |  | **$ 10,500.00** |

Total Byun FMV: $ 40,823,424.20
Total Tax: $ (802,644.60)
Subtotal: $ 40,020,779.60
Consensual Liens: $ (26,467,500.00)
Equity: $ 13,553,279.60

Totals row: $ 21,000,000.00 $ 877,500.00 $ 2,000,000.00 $ 600,000.00 $ 1,290,000.00 $ 500,000.00 $ 100,000.00 $ 100,000.00 $ 26,467,500.00

Note: Does not reflect filed proof of claim amounts. Filed secured tax claims total $1,633,254.24 as of 8/16/18

# EXHIBIT 2

The Law Offices of
## David W. Meadows

PRIVILEGED AND CONFIDENTIAL
Allen Park, Packo Investments, Inc. and other Creditors
August 8, 2018
Page 7

**CONFLICT OF INTEREST WAIVER and AUTHORIZATION BY EACH CREDITOR TO TAKE COLLECTIVE POSITIONS WITH OTHER REPRESENTED CREDITORS AND/OR TO TAKE POSITIONS THAT MAY BE ADVERSE TO REPRSENTED CREDITORS**
**To be Incorporated in F.R.B. P. 2018 Disclosure**

A potential or actual conflict exists between and among Packo Investments, Inc., Allen Park, M&A Equities, LLC; BAE Family Trust; Mohamed Sanfaz; and Kap Chan Chong (collectively, "YOU" or "ALL OF YOU" or "EACH OF YOU").

This attachment requires your written consent to my representation of Each of You in this matter.

The California Rules of Professional Conduct[1] applicable to attorneys require that I inform you of the possibility that certain conflicts of interest may arise in connection with my representation of the Clients in connection with the above-referenced bankruptcy case. In order to proceed with the representation, I must obtain the written consent from both of you to my representation.

Attached is a copy of Rule 3-310 "Avoiding the Representation of Adverse Interests". The purpose of this letter is to confirm in writing that (i) each of you have been fully apprised that I am being engaged to represent the interests of EACH OF YOU who sign the engagement letter agreement and who also sign this wavier as to Byun's bankruptcy case.

**Summary of the potential conflict:** Each of you are secured creditors. The sale of the Byun property is expected to pay each of you in full. However, we may discover liens, such as mechanics claims which may come ahead of YOU in a distribution of cash proceeds from a sale. This means that a sale might be good for some of you, resulting in some of YOU being paid in full, but not enough cash proceeds to pay others of YOU in full.

---

[1] **Note**: The California Rules of Professional Conduct have been amended. The new rules go into effect on November 10, 2018. The rules set for above are the rules currently in effect. In compliance with the new rules when they come into effect, to the extent necessary, you will be asked to execute an updated conflict waiver.

The Law Offices of
# David W. Meadows

PRIVILEGED AND CONFIDENTIAL
Allen Park, Packo Investments, Inc. and other Creditors
August 8, 2018
Page 8

As stated above, the California Rules of Professional Conduct require that an attorney obtain the written consent of each party involved in any conflicting representation. A client must be fully informed of the potential conflicts involved in this representation and must give his or her written consent to the representation based on such information.

I am not and am not able to act as your counsel in advising you with respect to this letter, as I would have a conflict of interest in doing so. My understanding is that each Client is advised by its independent counsel, and is able to advise you as to the issue of a conflict of interest as to your respective rights against the Debtor.

If, after considering the information set forth above, **each of You consent to my representation of Each of You** in the Debtor's bankruptcy case as set forth in the Agreement, please execute the attached Consent below and return it to me along with your signatures above.

## CONSENT

We have read the foregoing letter and have been informed and understand that The Law Offices of David W. Meadows shall be representing each of us as set forth in the forgoing letter Agreement and as shown below:

| PACKO INVESTMENTS, INC.<br><br>By: _____<br>Allen Park<br>Its: President | ALLEN PARK, individually<br><br>By: _____<br>Allen Park |
|---|---|
| M & A EQUITIES, LLC<br><br>By: _____<br>Its: Allen Park, its Manager | THE BAE FAMILY TRUST<br><br>By: _____<br>Its: Trustee |
| MOHAMED SANFAZ, an individual<br><br>By: _____ | KAP CHAN CHONG, an individual,<br><br>By: _____<br>Christine Chong, his authorized representative |

The Law Offices of
## David W. Meadows

PRIVILEGED AND CONFIDENTIAL
Allen Park, Packo Investments, Inc. and other Creditors
August 8, 2018
Page 9

Att. Rule 3-310

**"Rule 3-310. Avoiding the Representation of Adverse Interests."**

I. For purposes of this rule:

   A. "Disclosure" means informing the client or former client of the relevant circumstances and of the actual and reasonably foreseeable adverse consequences to the client or former client;

   B. "Informed written consent" means the client's or former client's written agreement to the representation following written disclosure;

   C. "Written" means any writing as defined in Evidence Code section 250.

II. A member shall not accept or continue representation of a client without providing written disclosure to the client where:

   A. The member has a legal, business, financial, professional, or personal relationship with a party or witness in the same matter; or

   B. The member knows or reasonably should know that:
      1. the member previously had a legal, business, financial, professional, or personal relationship with a party or witness in the same matter; and
      2. the previous relationship would substantially affect the member's representation; or

   C. The member has or had a legal, business, financial, professional, or personal relationship with another person or entity the member knows or reasonably should know would be affected substantially by resolution of the matter; or

   D. The member has or had a legal, business, financial, or professional interest in the subject matter of the representation.

III. A member shall not, without the informed written consent of each client:

   A. Accept representation of more than one client in a matter in which the interests of the clients potentially conflict; or

   B. Accept or continue representation of more than one client in a matter in which the interests of the clients actually conflict; or

The Law Offices of
## David W. Meadows

PRIVILEGED AND CONFIDENTIAL
Allen Park, Packo Investments, Inc. and other Creditors
August 8, 2018
Page 10

    C.    Represent a client in a matter and at the same time in a separate matter accept as a client a person or entity whose interest in the first matter is adverse to the client in the first matter.

IV.    A member who represents two or more clients shall not enter into an aggregate settlement of the claims of or against the clients, without the informed written consent of each client.

V.    A member shall not, without the informed written consent of the client or former client, accept employment adverse to the client or former client where, by reason of the representation of the client or former client, the member has obtained confidential information material to the employment.

VI.    A member shall not accept compensation for representing a client from one other than the client unless:

    A.    There is no interference with the member's independence of professional judgment or with the client-lawyer relationship; and

    B.    Information relating to representation of the client is protected as required by Business and Professions Code section 6068, subdivision (e); and

    C.    The member obtains the client's informed written consent, provided that no disclosure or consent is required if:

        1.    Such nondisclosure is otherwise authorized by law; or the member is rendering legal services on behalf of any public agency which provides legal services to other public agencies or the public.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1801 Century Park East, Suite 1235, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **DECLARATION OF DAVID W. MEADOWS IN SUPPORT OF DISCLOSURES REQUIRED PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/27/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 8/27/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    Hon. Vincent P. Zurzolo            (via U.S. Mail).
    United States Bankruptcy Court
    Central District of California
    Edward R. Roybal Federal Building and Courthouse
    255 E. Temple Street, Suite 1360
    Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 27, 2018 | David W. Meadows | /s/ David W. Meadows |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      **F 9013-3.1.PROOF.SERVICE**

1.  **Continued (Via ECF):**

Office of the United States Trustee:   Kelly L. Morrison, via ECF @ United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

Counsel to the Debtor and Debtor in Possession**:**  Via ECF @ jhayes@rhmfirm.com, 3039.3@notices.nextchapterbk.com;roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;ma

Counsel to Secured Creditor Hyundai Steel Company**:**  Via ECF to Darren L. Patrick @ dpatrick@omm.com

Counsel to Deutsch Bank *et al*:  Via ECF to Theron S. Covey @ tcovey@rasflaw.com, CAECF@tblaw.com

**All ECF Notice Parties:**

- **Theron S Covey**    tcovey@rasflaw.com, CAECF@tblaw.com
- **Hal D Goldflam**    hgoldflam@frandzel.com, bwilson@frandzel.com
- **M. Jonathan Hayes**    jhayes@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **Darren L Patrick**    dpatrick@omm.com
- **Steven G. Polard**    spolard@eisnerlaw.com, lewing@eisnerlaw.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           F 9013-3.1.PROOF.SERVICE