**FILED & ENTERED**

**OCT 16 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY carranza  DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JONG UK BYUN,<br><br><br><br>Debtor and Debtor-in-Possession. | Case No.: 2:18-bk-19004-VZ<br><br>Chapter 11<br><br>**ORDER AFTER INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE:**<br><br>1) SETTING DEADLINE FOR FILING PROOFS OF CLAIM AND REQUIRING COMPLIANCE WITH LOCAL BANKRUPTCY RULE 3001-1;<br><br>2) SETTING DEADLINE FOR HEARING ON OBJECTIONS TO CLAIMS; AND<br><br>3) SETTING HEARING ON MOTION FOR ORDER APPROVING ADEQUACY OF DISCLOSURE STATEMENT<br><br>Hearing on Motion to Approve Disclosure Statement<br>DATE:    April 25, 2019<br>TIME:    11:00 a.m.<br>PLACE:  Ctrm 1368, Roybal Federal Building<br>             255 E. Temple Street<br>             Los Angeles, CA 90012 |

/ / /

/ / /

On October 4, 2018, a chapter 11 status conference was held in a bankruptcy case voluntarily filed by JONG UK BYUN ("Debtor").  Appearances are noted on the record.

Based upon the status conference,

**IT IS ORDERED THAT**:

**1)**  The deadline for filing proofs of claim is **December 14, 2018** and Debtor must comply with Local Bankruptcy Rule 3003-1.

**2)**  The deadline for a hearing on objections to claims is **March 29, 2019**; and

**3)**  A hearing on a motion for approval of adequacy of disclosure statement is set for **April 25, 2019 at 11:00 a.m**.

###

Date: October 16, 2018

_____
Vincent P. Zurzolo
United States Bankruptcy Judge