| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| M. Jonathan Hayes (Bar No. 90388)<br>Matthew D. Resnik (Bar No. 182562)<br>Roksana D. Moradi-Brovia (Bar No. 266572)<br>RESNIK HAYES MORADI LLP<br>17609 Ventura Blvd., Suite 314<br>Encino, CA 91316<br>Telephone:  (818) 285-0100<br>Facsimile:  (818) 855-7013<br>jhayes@RHMFirm.com<br>matt@RHMFirm.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br><br><br>JONG UK BYUN,<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.:  2:18-bk-19004-VZ<br>CHAPTER: 11<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]**<br><br>☐ No hearing: LBR 9013-1(q)<br>☒ Hearing information<br>DATE:           10/04/2018<br>TIME:           9:30 a.m.<br>COURTROOM:  1368<br>ADDRESS:   255 E. Temple St<br>                         Los Angeles, CA 90012 |
|---|---|

1. <u>Bar Date</u>.  The court has set a deadline of (*date*) __December 14__, 20__18__ (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate.  ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

   ☒ 255 East Temple Street, Los Angeles, CA 90012          ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367     ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. <u>Form</u>.  You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. <u>Exceptions to the Bar Date</u>.  Exceptions to the Bar Date include, but are not limited to, the following:

   (a) <u>Executory contracts/unexpired leases</u>.  For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease.  See 11 U.S.C. §§ 365(d)(4) and 502(g).

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                            Page 1                                        **F 3003-1.NOTICE.BARDATE**

    (b) <u>Governmental units</u>.  For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on (*date*) __08/03/2018__, and therefore calculates that this deadline is (*date*) __02/03/2019__).  *See* 11 U.S.C. §§ 101(27) and 502(b)(9).

    (c) <u>Avoidance</u>.  For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer.  *See* 11 U.S.C. § 502(h).

    (d) <u>Agreed claims</u>.  If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) <u>and</u> it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules.  11 U.S.C. § 1111(a).  But, if your claim is not listed on the Schedules, <u>or</u> is listed as disputed, contingent, unliquidated or unknown, <u>or</u> if you disagree with the amount or description of your claim (*e.g.*, its description as unsecured or non-priority), then you <u>must</u> timely filed a Proof of Claim as set forth in this Notice.

4. <u>11 U.S.C. § 503(b)(9) Claims</u>.  Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9).  Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: (a) *Section 2 of Proof of Claim.*  **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); and (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); (b) *Section 5 of Proof of Claim*.  Check the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) <u>and</u> 503(b)(9)**.

5. <u>Interest Holders</u>.  If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING.  11 U.S.C. § 502(b)(9).  CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: __10/19/2018__

By: __/s/ M. Jonathan Hayes__
     Signature of Debtor, chapter 11 trustee, or their attorney

Name: __M. Jonathan Hayes__
      Printed name of Debtor, chapter 11 trustee, or their attorney

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*     Page 2     **F 3003-1.NOTICE.BARDATE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **17609 Ventura Blvd., Suite 314, Encino, CA 91316.**

A true and correct copy of the foregoing document entitled **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM [LBR 3003-1]** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **10/19/2018** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
☐ Service information continued on attached page.

- **Theron S Covey**   tcovey@rasflaw.com, CAECF@tblaw.com
- **Hal D Goldflam**   hgoldflam@frandzel.com, bwilson@frandzel.com
- **M. Jonathan Hayes**   jhayes@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Katrina M Miller**   kmiller@pskfirm.com
- **Kelly L Morrison**   kelly.l.morrison@usdoj.gov
- **Daniel E Park**   dpark@parksylvalaw.com
- **Darren L Patrick**   dpatrick@omm.com
- **Steven G. Polard**   spolard@ch-law.com, cborrayo@ch-law.com
- **Valerie Smith**   claims@recoverycorp.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL:** On **10/19/2018** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed. ☐ Service information continued on attached page

*JUDGE:*
Hon. Vincent P. Zurzolo
U.S. Bankruptcy Court
Central District – LA Branch
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

*DEBTOR:*
Jong Uk Byun
8201 Santa Fe Ave.
Huntington Park, CA 90255

*ALL CREDITORS:*

Allen Park -Packo
440 S. Vermont Ave., #301                    Amex
Los Angeles, CA 90020                        Correspondence/Bankruptcy

**RESNIK HAYES MORADI LLP**

| | |
|---|---|
| Po Box 981540<br>El Paso, TX 79998 | Franchise Tax Board<br>Attn: Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Bae Family<br>440 S. Vermont Ave., #301<br>Los Angeles, CA 90020 | Bank of Hope<br>c/o Frandzel Robins Bloom & Csato, L.C.<br>Attn: Hal D. Goldflam<br>1000 Wilshire Blvd., 19th Fl.<br>Los Angeles, CA 90017 |
| Bejac<br>569 S. Van Buren Street<br>Placentia, CA 92870 | |
| Bok Sook Byun<br>c/o Steven Polard<br>1880 Century Park E, Ste 404<br>Los Angeles, CA 90067 | Genesis Bankcard Services<br>Po Box 4477<br>Beaverton, OR 97076 |
| California Dept of Tax and Fee Admi<br>Special Ops, MIC 55<br>PO Box 942879<br>Sacramento, CA 94279-0005 | Hose-Man<br>5397 North Irwindale Ave<br>Irwindale, CA 91706 |
| | Hyundai Steel Company<br>c/o Taejoong Kim<br>10550 Talbert Ave. Fl2<br>Fountain Valley, CA 92708 |
| City of Los Angeles<br>Office of Finance<br>200 North Spring St., RM 101<br>Los Angeles, CA 90012 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Coleman & Horowitt, LLP<br>499 West Shaw, Ste. 116<br>Fresno, CA 93704 | Jinah Oh<br>21856 S. Vermont Ave., #6<br>Torrance, CA 90502 |
| CP Construction<br>105 N. Loma Place<br>Upland, CA 91786 | Joan Park<br>c/o Daniel Park<br>3435 Wilshire Blvd. #2700<br>Los Angeles, CA 90010 |
| Creditors Adjustment<br>14226 Ventura Blvd.<br>Sherman Oaks, CA 91423 | Kap Chan Chong<br>3580 Wilshire Blvd., Suite 900<br>Los Angeles, CA 90010 |
| Daniel Park<br>3435 Wilshire Blvd., Ste 2700<br>Los Angeles, CA 90010 | Los Angeles County Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054-0110 |
| DTSC - Site Clean Up Program<br>P.O. Box 806<br>Sacramento, CA 95812 | M & A<br>440 S. Vermont Ave., #301<br>Los Angeles, CA 90020 |
| First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117 | Mohamed Sanfaz<br>440 S. Vermont Ave., #301<br>Los Angeles, CA 90020 |
| First Saving Bank / Blaze<br>Attn: Bankruptcy<br>Po Box 5096<br>Sioux Falls, SD 57117 | Municipal Services Bureau<br>8325 Tuscany Way, Bldg 4<br>Austin, TX 78754-4734 |

| | |
|---|---|
| Ocwen Loan Servicing<br>1661 Worthington Road Ste, 100<br>West Palm Beach, FL 33409 | 200 West Santa Ana Blvd., Ste 180<br>Santa Ana, CA 92701 |
| Ocwen Loan Servicing<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416 | Soo Yeong Kim<br>8300 Santa Fe Avenue<br>Huntington Park, CA 90255 |
| Packo Investments<br>440 S. Vermont Ave., #301<br>Packo In, CA 90020 | Southern County Oils<br>1800 West Katella Ave., Suite 400<br>P.O. Box 4159<br>Orange, CA 92863 |
| Par Funding<br>Complete Business Solution Group<br>141 N. 2nd Street<br>Philadelphia, PA 19106 | Southern County Oil Co.<br>1800 West Katella Ave., Suite 400<br>Orange, CA 92867 |
| Quarter Spot Inc./DLI Assets Bravo<br>110 N. Washington St., Ste. 500<br>Rockville, MD 20850 | Stephen M. Cook<br>7210 Jordan Ave.<br>Canoga Park, CA 91303-1223 |
| Quantum3 Group LLC<br>as agent for GPCC I LLC<br>PO Box 788<br>Kirkland, WA 98083 | Synchrony Bank/Amazon<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896 |
| San Bernadino County Treasurer Tax<br>268 W. Hospitality Lane, 1st FL<br>San Bernardino, CA 92415 | Toni Ko<br>1100 S. Hope Street<br>Los Angeles, CA 90015 |
| Sequoia Financial Svcs<br>Attn: Bankruptcy<br>28632 Roadside Dr , Ste 110<br>Agoura Hills, CA 91301 | Wells Fargo Bank<br>dba Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>Po Box 19657<br>Irvine, CA 92623 |
| Small Business Administration | Zamucen & Curren, LLP<br>17898 Skypark Circle, Sutie C<br>Irvine, CA 92614 |

RETURNED MAIL/REMOVED CREDITORS:

~~Cemex Construction Materials~~
~~1430 Santa Clara Street~~
~~Santa Paula, CA 93060~~

~~Eisner Jaffe~~
~~9601 Wilshire Blvd., 7th FL~~
~~Beverly Hills, CA 90210~~

~~Prima Financial~~
~~680 Langsdorf Drive, Suite 207~~
~~Fullerton, CA 92831~~

~~Deutsche Bank National Trust Co~~
~~Nationstar Mortgage LLC~~
~~350 Highland Dr~~

1 ~~Lewisville, TX 75067~~

2 ~~Cemex Construction Materials~~
~~1430 East Santa Clara Street~~
3 ~~Santa Paula, CA 93060~~

4 **III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):

5 Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **10/19/2018** I served the following person(s) and/or entity(ies) by personal delivery, overnight mail service, or (for those who
6 consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge
7 will be completed no later than 24 hours after the document is filed.
☐ Service information continued on attached page
8
I declare under penalty of perjury under the laws of the United States of America that the
9 foregoing is true and correct.

10   **10/19/2018**                **Ja'Nita Fisher**     **/s/ Ja'Nita Fisher**
*Date*                           *Type Name*          *Signature*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28