United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 18-19004-VZ
Jong Uk Byun                                                              Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: scarranza          Page 1 of 1          Date Rcvd: Oct 31, 2018
                             Form ID: pdf042           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2018.
db              +Jong Uk Byun,    8201 Santa Fe Ave.,    Huntington Park, CA 90255-6635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                          Signature:  /s/Joseph Speetjens


# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
              Daniel E Park    on behalf of Interested Party    Courtesy NEF dpark@parksylvalaw.com
              Darren L Patrick    on behalf of Creditor    Hyundai Steel Company dpatrick@omm.com
              David W. Meadows    on behalf of Interested Party    Courtesy NEF david@davidwmeadowslaw.com
              David W. Meadows    on behalf of Attorney David W. Meadows david@davidwmeadowslaw.com
              Hal D Goldflam    on behalf of Interested Party    Courtesy NEF hgoldflam@frandzel.com,
               bwilson@frandzel.com
              Katrina M Miller    on behalf of Creditor    DLI Assets Bravo, LLC kmiller@pskfirm.com
              Kelly L Morrison    on behalf of U.S. Trustee    United States Trustee (LA)
               kelly.l.morrison@usdoj.gov
              M. Jonathan Hayes    on behalf of Debtor Jong Uk Byun jhayes@rhmfirm.com,
               roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;pris
               cilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com
              Steven G. Polard    on behalf of Interested Party    Courtesy NEF spolard@ch-law.com,
               cborrayo@ch-law.com
              Theron S Covey    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR
               RESIDENTIAL ASSET SECURITIZATION TRUST 2005-A8CB MORTGAGE PASS-THROUGH CERTIFICATES SERIES
               2005-H tcovey@rasflaw.com, CAECF@tblaw.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
              Valerie Smith    on behalf of Interested Party    Courtesy NEF claims@recoverycorp.com
                                                                                    TOTAL: 12

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| M. Jonathan Hayes (Bar No. 90388)<br>Matthew D. Resnik (Bar No. 182562)<br>Roksana D. Moradi-Brovia (Bar No. 266572)<br>RESNIK HAYES MORADI LLP<br>17609 Ventura Blvd., Suite 314<br>Encino, CA 91316<br>**Telephone:** (818) 285-0100<br>**Facsimile:** (818) 855-7013<br>jhayes@RHMFirm.com<br>roksana@RHMFirm.com<br>matt@RHMFirm.com | **FILED & ENTERED**<br><br>**OCT 31 2018**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY carranza  DEPUTY CLERK |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br><br><br><br><br>JONG UK BYUN,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO. 2:18-bk-19004-VZ<br><br>CHAPTER: 11 |
|---|---|
| | **ORDER RE MOTION IN INDIVIDUAL CHAPTER 11 CASE TO AUTHORIZE DEBTOR-IN-POSSESSION TO EMPLOY PROFESSIONAL OTHER THAN GENERAL COUNSEL**<br><br>**[11 U.S.C. § 327, LBR 2014-1]** |
| | ☒  **No Hearing: LBR 9013-1(o)**<br>☐  **Hearing Information**<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

1. The court has considered the Notice of Motion and Motion In Individual Chapter 11 Case for Order Authorizing Debtor in Possession to Employ Professional Other than General Counsel (Kirk Garabedian as Real Estate Broker) [Docket No. 31]; Supplemental Declarations of Kirk Garabedian and Jong Uk Byun In Support of Motion [Docket No. 36].

2. The Motion was:  ☐ Opposed  ☒ Unopposed  ☐ Settled by stipulation

3. Based upon the motion and supporting documents, and the findings and conclusions made at the hearing if a hearing was held, IT IS ORDERED THAT:

   a.  ☒  The Motion is granted pursuant to 11 U.S.C. ☐ § 327(a) or ☐ § 327(e) or ☒ § 328

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                    Page 1                    **F 2081-2.5.ORDER.EMPLOY.OTHER**

b. ☒    The Debtor in Possession is authorized to employ: **Kirk Garabedian as Real Estate Broker** (Professional) effective on (*date*) **09/01/2018**.

c.    The Professional will seek compensation pursuant to 11 U.S.C. ☒ § 328 or ☐ § 330

d. ☐    The Motion is denied.

4. ☒    The Professional is a real estate broker who may be paid directly from sale escrow of the property for which the Professional was engaged.

5. ☐    Other (*specify*):

### ###

Date: October 31, 2018

Vincent P. Zurzolo
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                    Page 2                    **F 2081-2.5.ORDER.EMPLOY.OTHER**