M. Jonathan Hayes (Bar No. 90388)
Matthew D. Resnik (Bar No. 182562)
Roksana D. Moradi-Brovia (Bar No. 266572)
**RESNIK HAYES MORADI LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
jhayes@RHMFirm.com
matt@RHMFirm.com
roksana@RHMFirm.com

*Attorneys for Debtor*
Jong Uk Byun

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>        JONG UK BYUN,<br><br>                        Debtor. | Case No. 2:18-bk-19004-VZ<br><br>Chapter 11<br><br>**NOTICE OF MOTION AND MOTION FOR AUTHORITY TO USE CASH COLLATERAL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JONG UK BYUN IN SUPPORT THEREOF**<br><br>Date:  January 3, 2019<br>Time:  11:00 a.m.<br>Place: Courtroom 1368<br>        255 E. Temple Street<br>        Los Angeles, CA  90012 |

**TO THE HONORABLE VINCENT ZURZOLO, UNITED STATES BANKRUPTCY JUDGE; SECURED CREDITORS HYUNDAI STEEL COMPANY, PACKO INVESTMENT, BAE FAMILY TRUST, SOO YEONG KIM, MOHAMED SANFAZ, TONI KO, DEUTSCHE BANK AND M&A, AND COUNSEL OF RECORD; AND ALL CREDITORS AND PARTIES IN INTEREST:**

        PLEASE TAKE NOTICE that on January 3, 2019, at 11:00 a.m., or as soon

thereafter as the matter may be heard, in Courtroom 1368 of the above-entitled United

**RESNIK HAYES
MORADI LLP**

States Bankruptcy Court located at 255 E. Temple Street, Los Angeles, CA  90012, Jong

Uk Byun (hereinafter the "Debtor") in the above-captioned Chapter 11 case, shall, and

does hereby, move the Court for an Order authorizing the Debtor to use rental income

received for certain of his real property pursuant to § 363(c) of Title 11 of the United

States Code (the "Bankruptcy Code").  The use requested is specifically to pay the

postpetition property taxes to the Counties of Los Angeles and San Bernardino and to

make an adequate protection payment to first priority lienholder of $35,000 per month

beginning on entry of the Order granting this motion.

    This Motion is based upon the Notice of Motion; 11 U.S.C. §363 and 105; Federal

Rules of Bankruptcy Procedure 2002 and 6004; the attached Memorandum of Points and

Authorities; the Declaration submitted herewith; and such additional evidence and

argument as may be presented at or before the hearing on this Motion.


    PLEASE TAKE FURTHER NOTICE that pursuant to *Local Bankruptcy Rule

9013-1*, any party opposing the relief sought by the Application must file a written

opposition setting forth the facts and law upon which the opposition is based and must

appear at the hearing on the Application.  Any factual allegations set forth in such written

response must be supported by competent and admissible evidence.  Any response or

opposition to the Application must be filed with the Court and served on the Debtor's

Counsel at least fourteen (14) days prior to the scheduled hearing date on the Application

(not excluding Saturdays, Sundays or legal holidays).  Such responses, if any, must be

served on the Debtor's Counsel at the address noted in upper left-hand corner of the first

page of this notice.  Pursuant to *Local Bankruptcy Rule 9013-1*, any response not timely

filed and served may be deemed by the Court to be consent to the granting of the relief

requested by the Application.

WHEREFORE, the Debtor respectfully requests that the Court enter its Order authorizing it to use cash collateral on the terms and conditions described in the Motion and the exhibits thereto, and granting such other and further relief as is just and proper under the circumstances.

Dated:  December 7, 2018                                **RESNIK HAYES MORADI LLP**

                                             By:  _____/s/ M. Jonathan Hayes_____
                                                   **M. Jonathan Hayes**
                                                   **Matthew D. Resnik**
                                                   **Roksana D. Moradi-Brovia**
                                                   *Attorneys for Debtor*
                                                   Jong Uk Byun

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CASH
COLLATERAL
MOTION**

<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

## I.    <u>INTRODUCTION</u>

Jong Uk Byun ("the Debtor"), Debtor in the above-referenced Chapter 11 case, commenced his bankruptcy case by filing a voluntary petition under Chapter 11 on August 3, 2018.  The Debtor is operating his business and managing his financial affairs as a Debtor-in-Possession pursuant to §§1107 and 1108 of the Bankruptcy Code.  There is no committee of unsecured creditors and likely to be no committee.

The Debtor is a single individual, 68 years of age.  He formed and is the sole owner of Central Metal, Inc. in 1993 and has operated that business ever since.  Central Metal currently conducts its business activities out of four (4) facilities throughout Southern California – one facility in the Los Angeles County area, one facility in Hinkley/Barstow, one facility in San Bernardino, and one facility in Bakersfield.  The company had a fifth location in Los Angeles until about eighteen months ago.

The Debtor owns real property, as set forth below, which is worth in the range of $40 million.  Much of the real property is used by Central Metal, Inc.

The Debtor filed his emergency petition to stop a foreclosure sale by Hyundai Steel Company that was set on certain of the Debtor's properties for August 6, 2018.

This Motion seeks permission to use the rent received from Central Metal, Inc. to pay:

- postpetition property taxes in the amount of approximately $86,000, and
- $35,000 per month to Hyundai as an adequate protection payment.

The Debtor and Hyundai Steel (primarily) have discussed a stipulation which would allow the Debtor to pay the property taxes but have been unable to reach an agreement. The Debtor will continue to attempt to reach a stipulation prior to the hearing on this Motion.

## II.    <u>STATEMENT OF FACTS</u>

### A.  Overview of the Debtor.

The Debtor is an individual, age 68, who owns real property as set forth below.  He

CASH
COLLATERAL
MOTION

also owns 100% of Central Metal, Inc. which operates a metal recycling business. Much of the real property is used by the recycling business.

Central Metal is an innovative metal processor that integrates culture of recycling reusable metals by preserving our natural resources for the future generations. Central Metal's largest customer was, until approximately mid-2016, Hyundai Steel Company ("Hyundai"). From 2007 through mid-2016, Central Metal sold Hyundai more than $180 million in recycled materials. Hyundai stopped buying product from Central Metal in mid-2016. Litigation began between the Debtor, Central Metal and Hyundai and continues to this time.

**B. The major events or circumstances that led to the filing.**

The Debtor filed this personal chapter 11 case to stop a non-judicial foreclosure sale on his real property by the senior deed of trust holder, Hyundai. The foreclosure sale was set for August 6, 2018. When the Debtor was unable to convince Hyundai to continue the sale, he filed the petition. A judicial foreclosure action filed by Hyundai against the Debtor is pending at this time.

**C. Description of the Debtor's Real property.**

The Debtor owns the following real property:

| Address | Description | FMV | Comments |
|---|---|---|---|
| **"Santa Fe Ave. Property"** 8201 Santa Fe Ave. Huntington Park, CA 90255 | 9 parcels, approx. 11 acres | $22-26 million | Liens: 1.   L.A. County 2.   Hyundai $16.8 million 3.   Packo Investment $2,000,000 4.   BAE Family Trust $1,290,000 5.   Soo Yeong Kim $100,000 6.   Mohamed Sanfaz $500,000 7.   Toni Ko $877,500 8.   Packo Investment $100,000 |
| **"Alameda Property 1"** 2203 S. Alameda St. Los Angeles, CA 90058 | Two parcels, approx. 80,000 sq ft. | $4.8 mil approx | 1.   L.A. County 2.   Hyundai $16.8 million 3.   Packo Investment $2,000,000 4.   BAE Family Trust $1,290,000 5.   Soo Yeong Kim $100,000 |

| | | | |
|---|---|---|---|
| | | | 6.   Mohamed Sanfaz $500,000<br>7.   Toni Ko $877,500<br>8.   Packo Investment $100,000 |
| **"Alameda Property 2"**<br>1736 E. 24th St.<br>Los Angeles, CA 90058 | Lot w/ building used as office. Vacant | $2.3 million | 1.   L.A. County<br>2.   Hyundai $16.8 million<br>3.   Packo Investment $2,000,000<br>4.   BAE Family Trust $1,290,000<br>5.   Soo Yeong Kim $100,000<br>6.   Mohamed Sanfaz $500,000<br>7.   Toni Ko $877,500<br>8.   Packo Investment $100,000 |
| **"Alameda Property 3"**<br>2445 S. Alameda St.<br>Los Angeles, CA 90058 | 29,000 sq ft | $1.4 million | 1.   L.A. County<br>2.   Hyundai $16.8 million<br>3.   Packo Investment $2,000,000<br>4.   BAE Family Trust $1,290,000<br>5.   Soo Yeong Kim $100,000<br>6.   Mohamed Sanfaz $500,000<br>7.   Toni Ko $877,500<br>8.   Packo Investment $100,000* |
| 1770 E. 22nd St.<br>Los Angeles, CA 90058 | SFR - vacant | $150,000 | 1.   L.A. County<br>2.   Deutsche Bank $200,000<br>3.   Packo Investments $2,000,000<br>4.   Bae Family Trust $1,290,000<br>5.   Soo Yeong Kim $100,000<br>6.   Mohamed Sanfaz $500,000<br>7.   Toni Ko $877,500<br>8.   Packo Investment $100,000* |
| 144 & 146 S. "G" Street<br>San Bernardino, CA 92410 | 4.2 acres – 180,000 sq ft<br>5 Parcels | $1 mil | 1.   M&A $500,000 ($863,000 originally)<br>2.   Bok Soon Byun $360,000<br>3.   Packo Investments $2,000,000<br>4.   BAE Family Trust $1,290,000<br>5.   Soo Yeong Kim $100,000<br>6.   Kap Chan Chong $100,000<br>7.   Mohamed Sanfaz $500,000<br>8.   Packo Investments $100,000 |
| 24399 Old Highway 58,<br>Hinkley, CA 92347 | 34 acres<br>2 Parcels | $400,000 | 1.   San Bernardino County $32,492.52<br>2.   M&A $300,000 ($462,500 originally)<br>3.   Soo Yeong Kim $100,000 |

Note: Hyundai Steel Company asserts that it is owed more than $22 million. The Debtor disputes that amount.

CASH
COLLATERAL
MOTION

These properties are used in whole or in part by Central Metal, Inc. other than the

SFR at 1776 E. 22nd St.   The Santa Fe Property is largely vacant although Central Metals

uses part of the office structure as its office.  Central Metal had not made regular rent

payments to the Debtor for a few years.  Central Metal began paying the Debtor rent as set

forth below on September 1, 2018.

| | |
|---|---|
| 144 & 146 S. "G" Street, San Bernardino | $12,000 |
| 24399 Old Highway 58, Hinkley | $ 3,000 |
| 2203 S. Alameda St., Los Angeles | $25,000 |
| 2445 S. Alameda St., Los Angeles | $  5,000 |
| 1736 E. 24th St., Los Angeles | $  7,500 |
| TOTAL | $52,500 |

The rent is placed into a DIP Rental account until an order of the court allows the

Debtor to use the funds.   The Debtor-in-Possession Rental Account had $169,800 in it as

of October 20, 2018.

### D.    Efforts to Sell the Debtor's Properties

The Debtor retained a broker specialized in commercial real properties in the

greater Los Angeles area in 2017 seeking to sell the Santa Fe Ave Property.  The

Application to Employ the Broker was approved by Order of the Court entered on October

31, 2018 [Docket No. 46].

The Debtor had agreed, prepetition, to sell the Santa Fe Property to an unrelated

party for $28 million.  The proposed buyer subsequently advised the Debtor that it did not

wish to proceed with the purchase.  It changed its mind and indicated that it did wish to

proceed and then later, by email on October 25, 2018, advised the Debtor that it changed

its mind again and would not proceed.  The Debtor has continued to actively market the

Santa Fe Property in the meantime and has received two more Letters of Intent ("LOI") to

**RESNIK HAYES
MORADI LLP**

**CASH
COLLATERAL
MOTION**

which he has made counter-offers.  It appears that one LOI, in the amount of $18,885,000 will be accepted by the Debtor and buyer although there are still a few details to be resolved.  The Debtor will file a Motion to Approve the Sale as quickly as possible thereafter.   The Debtor has provided counsel for Hyundai and counsel several of the junior lienholders a copy of the LOI and have exchanged emails re the proposed terms.

### III.   PROPOSED USE OF CASH COLLATERAL

The Debtor concedes that the rent that he receives from Central Metals, Inc. constitutes cash collateral within the meaning of §363(a) of the Bankruptcy Code.

Debtor proposes to use the rent on hand at this time in the Debtor-in-Possession account to pay the postpetition property taxes to the Counties of Los Angeles and San Bernardino.  The Debtor also proposes to make an adequate protection payment to Hyundai of $35,000 beginning upon entry of the Order granting this motion and each month thereafter.

The Debtor believes that the secured creditors are adequately protected by the Debtor's equity in the properties.  The Debtor does not concede that any adequate protection payments are required.  Note, while Hyundai may not be paid in full out of the proceeds of the sale of Santa Fe, it has first priority liens on three other properties of the Debtor which total value is considerably more than the amount owed to Hyundai.

### IV.   DISCUSSION

*A.  The Court Should Authorize The Debtor's Use of the Cash Collateral.*

As a general matter, a debtor-in-possession is permitted to use property of the estate in the ordinary course of business without the need for notice or a hearing. 11 U.S.C. Section 363(c)(1).  However, a debtor's use of cash collateral is an exception to this general rule. Section 363(c)(2) provides in pertinent part:

> "The [debtor in possession] may not use, sell, or lease cash
> collateral ... unless

-

(A)    each entity that has an interest in

such    cash collateral consents; or

(B) the court, after notice and a hearing, authorizes such use,

sale or lease in accordance with the provisions of this section."

11 U.S.C. Section 363(c)(2).

Courts have consistently held that it is appropriate for a Chapter 11 debtor to use a

secured creditor's cash collateral for a reasonable period of time for the purpose of

maintaining and operating its property. See *MBank Dallas, N.A. v. O'Connor) (In re

O'Connor)*, 808 F.2d 1393, 1397 (10th Cir. 1987).

> B.  *The Secured Creditor's Interests are Adequately Protected by the Equity
> Cushions and Because the Rent Being Used is Either Being Paid to the
> Secured Creditor or to a Senior Lien Which Directly Inures to the Benefit of
> the Secured Creditor.*

The Debtor asks only for permission to pay the property taxes, senior to all secured

creditors, and to Hyundai, senior to all the other secured creditors.    Both of these

payments directly benefit all secured creditors, and thus all creditors of the estate.

If the Debtor fails to make the adequate protection payment to Hyundai, the secured

creditors may give written notice of such the default to Debtor's counsel.  If the Debtor

fails to cure the default with five (5) days of said notice, the secured creditors shall be

entitled to a hearing requesting relief from the automatic stay pursuant to 11 U.S.C. §362

on an expedited basis.

## V.    CONCLUSION

WHEREFORE, Debtor respectfully requests that the Court enter its Order

authorizing him to pay the property taxes and pay $35,000 per month to Hyundai Steel

CASH
COLLATERAL
MOTION

1    Company, and granting such other and further relief as is just and proper under the

2    circumstances.

3    Dated:  December 7, 2018                               RESNIK HAYES MORADI LLP

4

5                                                   By: _____ /s/ M. Jonathan Hayes _____
                                                              M. Jonathan Hayes
6                                                             Matthew D. Resnik
                                                              Roksana D. Moradi-Brovia
7                                                             *Attorneys for Debtor*
                                                              Jong Uk Byun
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RESNIK HAYES
MORADI LLP**

                                        **CASH
                                        COLLATERAL
                                        MOTION**

## DECLARATION OF JONG UK BYUN

1

2

I, Jong Uk Byun, declare as follows:

3

1.    I am the Debtor (the "Debtor") in this Chapter 11 case.   I am over the age of

4

eighteen (18). I have personal knowledge of the facts set forth herein, and if called as a

5

witness, I could and would testify competently with respect thereto. Where facts are

6

alleged upon information and belief, I believe them to be true.

7

2.    I filed my chapter 11 petition on August 3, 2018.   I am single and 68 years

8

of age.  I formed Central Metal, Inc. in 1993 and have operated that business ever since.

9

Central Metal currently conducts its business activities out of four (4) facilities throughout

10

Southern California – one facility in the Los Angeles County area, one facility in

11

Hinkley/Barstow, one facility in San Bernardino, and one facility in Bakersfield.  The

12

company had a fifth location in Los Angeles until about eighteen months ago.

13

3.    I own real property, as set forth in the chart above, which is worth in the

14

range of $40 million.  I filed this case to stop a non-judicial foreclosure sale on my real

15

property by the senior deed of trust holder, Hyundai.  The foreclosure sale was set for

16

August 6, 2018.

17

4.    I have reviewed the chart of my properties above and believe that the

18

information therein is substantially accurate.  I am aware that Hyundai Steel Company

19

asserts that it is owed more than $20 million.  I dispute that amount.

20

5.    My properties are used in whole or in part by Central Metal, Inc. other than

21

the SFR at 1776 E. 22nd St.   The Santa Fe Property is largely vacant although Central

22

Metals uses part of the office structure as its office.  Central Metal had not made regular

23

rent payments for a few years.  Central Metal began paying rent as set forth below on

24

September 1, 2018.

25

144 & 146 S. "G" Street, San Bernardino    $12,000

26

27

24399 Old Highway 58, Hinkley          $ 3,000

28

2203 S. Alameda St., Los Angeles       $25,000

RESNIK HAYES
MORADI LLP

CASH
COLLATERAL
MOTION

| 2445 S. Alameda St., Los Angeles | $  5,000 |
| 1736 E. 24th St., Los Angeles | $  7,500 |
| TOTAL | $52,500 |

6.    The rent is placed into a DIP Rental account until an order of the court allows me to use the funds.   The Debtor-in-Possession Rental Account had $169,800 in it as of October 20, 2018.

7 .    I retained a broker specialized in commercial real properties in the greater Los Angeles area in 2017 seeking to sell the Santa Fe Ave Property.  I had agreed, prepetition, to sell the Santa Fe Property to an unrelated party for $28 million.  The proposed buyer subsequently advised me that it did not wish to proceed with the purchase. It changed its mind and indicated that it did wish to proceed and then later changed its mind again and would not proceed.  I have continued to actively market the Santa Fe Property in the meantime and has received two more Letters of Intent ("LOI") to which I have made counter-offers.  It appears that one LOI, in the amount of $18,885,000 will be accepted by the buyer and myself although there are still a few details to be resolved.  My attorney will file a Motion to Approve the Sale as quickly as possible thereafter.

8.    I request permission to use the rent on hand to pay the postpetition property taxes to the Counties of Los Angeles and San Bernardino and to pay Hyundai of $35,000 beginning upon entry of the Order granting this motion and each month thereafter.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 6, 2018, at Los Angeles, California.


By: _____

                    SEE NEXT PAGE

**Jong Uk Byun**
*Declarant*

CASH
COLLATERAL
MOTION

| 2445 S. Alameda St., Los Angeles | $ 5,000 |
|---|---|
| 1736 E. 24th St., Los Angeles | $ 7,500 |
| TOTAL | $52,500 |

6.    The rent is placed into a DIP Rental account until an order of the court allows me to use the funds.   The Debtor-in-Possession Rental Account had $169,800 in it as of October 20, 2018.

7.    I retained a broker specialized in commercial real properties in the greater Los Angeles area in 2017 seeking to sell the Santa Fe Ave Property.  I had agreed, prepetition, to sell the Santa Fe Property to an unrelated party for $28 million.  The proposed buyer subsequently advised me that it did not wish to proceed with the purchase. It changed its mind and indicated that it did wish to proceed and then later changed its mind again and would not proceed.  I have continued to actively market the Santa Fe Property in the meantime and has received two more Letters of Intent ("LOI") to which I have made counter-offers.  It appears that one LOI, in the amount of $18,885,000 will be accepted by the buyer and myself although there are still a few details to be resolved.  My attorney will file a Motion to Approve the Sale as quickly as possible thereafter.

8.    I request permission to use the rent on hand to pay the postpetition property taxes to the Counties of Los Angeles and San Bernardino and to pay Hyundai of $35,000 beginning upon entry of the Order granting this motion and each month thereafter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 6, 2018, at Los Angeles, California.

By: _____
         **Jong Uk Byun**
         *Declarant*

RESNIK
HAYES
MORADI LLP

12

CASH
COLLATERAL
MOTION

1

### PROOF OF SERVICE OF DOCUMENT

2

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.
My business address is: **17609 Ventura Blvd., Suite 314, Encino, CA 91316.**

3

4

A true and correct copy of the foregoing document **NOTICE OF MOTION AND
MOTION FOR AUTHORITY TO USE CASH COLLATERAL; MEMORANDUM
OF POINTS AND AUTHORITIES; DECLARATION OF JONG UK BYUN IN
SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the
form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

5

6

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING
("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s)
("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the
document. On **12/7/2018** I checked the CM/ECF docket for this bankruptcy case or
adversary proceeding and determined that the following person(s) are on the Electronic
Mail Notice List to receive NEF transmission at the email address(es) indicated below:

7

8

9

10

- **Theron S Covey**    tcovey@rasflaw.com, CAECF@tblaw.com
- **Hal D Goldflam**    hgoldflam@frandzel.com, bwilson@frandzel.com
- **M. Jonathan Hayes**    jhayes@rhmfirm.com,
  roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmf
  irm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ
  @rhmfirm.com;rebeca@rhmfirm.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Katrina M Miller**    kmiller@pskfirm.com
- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **Daniel E Park**    dpark@parksylvalaw.com
- **Darren L Patrick**    dpatrick@omm.com
- **Steven G. Polard**    spolard@ch-law.com, cborrayo@ch-law.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

11

12

13

14

15

16

17

**II.  SERVED BY U.S. MAIL:** On **12/7/2018** I served the following person(s) and/or
entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by
placing a true and correct copy thereof in a sealed envelope in the United States Mail, first
class, postage prepaid, and addressed as follows. Listing the judge here constitutes a
declaration that mailing to the judge will be completed no later than 24 hours after the
document is filed.

18

19

20

### *SECURED CREDITOR SERVED VIA CERTIFIED MAIL:*

21

*BAE FAMILY TRUST DATED AUGUST 6, 2015*

22

**Entity Address from Schedules:**

23

Bae Family Trust
440 S. Vermont Ave., #101
Los Angeles, CA 90020

24

25

**Entity Address from POC:**

26

Bae Family Trust Dated August 6, 2015
Young U. Bae
c/o Packo Investments, Inc.

27

28

1   440 S. Vermont Ave., Suite 301
    Los Angeles, CA 90010

2   **Entity Main Address from California Secretary of State Website:**

3   None.

4   **Entity's Agent for Service of Process per California Secretary of State Website:**

5   None.

6   **Entity Main Address from its Website:**

7   None.

8   **Entity Officer Name and Address from its Website:**

9   None.

10  **Entity Main Address from FDIC Website:**

11  None.

12  *DEUTSCHE BANK NATIONAL TRUST COMPANY*
    *As Trustee for RESIDENTIAL ASSET SECURIZATION TRUST 2005-A8CB*

13  *MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-H*
    *c/o OCWEN LOAN SERVICING, LLC*

14

15  **Entity Address from Schedules:**

16  Deutsche Bank National Trust Co
    c/o Nationstar Mortgage LLC
    350 Highland Dr.

17  Lewisville, TX 75067

18  Ocwen Loan Servicing
    1661 Worthington Road Ste, 100

19  West Palm Beach, FL 33409

20  **Entity Address from POC:**

21  Ocwen Loan Servicing LLC
    Attn: Bankruptcy Department

22  PO Box 24605
    West Palm Beach, Fl 33416

23

24  **Entity Main Address from California Secretary of State Website:**

25  Ocwen Loan Servicing
    1661 Worthington Road Ste, 100

26  West Palm Beach, FL 33409

27  **Entity's Agent for Service of Process per California Secretary of State Website:**

28  CSC- Lawyers Incorporating Service
    *Agent for Service of Process for*

*Ocwen Loan Servicing*
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

**Entity Main Address from its Website:**

Ocwen Loan Servicing
1661 Worthington Road Ste, 100
West Palm Beach, FL 33409

**Entity Officer Name and Address from its Website:**

*Glen Messina, CEO*
Ocwen Loan Servicing
1661 Worthington Road Ste, 100
West Palm Beach, FL 33409

**Entity Main Address from FDIC Website:**

None.

*HYUNDAI STEEL COMPANY*

**Entity Address from Schedules:**

Hyundai Steel Company
c/o Taejoong Kim
10550 Talbert Ave., FL2
Fountain Valley, CA 92708

**Entity Address from POC:**

Hyundai Steel Company
c/o O'Melveny & Myers LLP
*Attn: Darren Patrick*
400 South Hope Street, 18th Floor
Los Angeles, CA 90071

**Entity Main Address from California Secretary of State Website:**

Hyundai Steel Company
10550 Talbert Ave FL2
Fountain Valley, CA 92708

**Entity's Agent for Service of Process per California Secretary of State Website:**

Taejoong Kim
*Agent for Service of Process for*
*Hyundai Steel Company*
10550 Talbert Ave FL2
Fountain Valley, CA 92708

**Entity Main Address from its Website:**

Hyundai Steel America, Inc
200 Team Member Lane
Greenville, AL, 36037

**Entity Officer Name and Address from its Website:**

Cheol Woo, CEO
Hyundai Steel America, Inc
200 Team Member Lane
Greenville, AL, 36037

**Entity Main Address from FDIC Website:**

None.

*KAP CHAN CHONG*

**Entity Address from Schedules:**

Kap Chang Chong
3580 Wilshire Blvd., Suite 900
Los Angeles, CA 90010

**Entity Address from POC:**

Kap Chan Chong
c/o Christine Chong, Esq.
Law Office C. Chong
3580 Wilshire Blvd., Suite 900
Los Angeles, CA 90010

**Entity Main Address from California Secretary of State Website:**

None.

**Entity's Agent for Service of Process per California Secretary of State Website:**

None.

**Entity Main Address from its Website:**

None.

**Entity Officer Name and Address from its Website:**

None.

**Entity Main Address from FDIC Website:**

None.

*LOS ANGELES COUNTY TAX COLLECTOR*

**Entity Address from Schedules:**

Los Angeles County Treasurer and Tax Collector
PO Box 54110
Los Angeles, CA 90054

**Entity Address from POC:**

Los Angeles County Treasurer and Tax Collector
PO Box 54110
Los Angeles, CA 90054

**Entity Main Address from California Secretary of State Website:**

None.

**Entity's Agent for Service of Process per California Secretary of State Website:**

None.

**Entity Main Address from its Website:**

Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018

**Entity Officer Name and Address from its Website:**

None.

**Entity Main Address from FDIC Website:**

None.

*MOHAMED SANFAZ*

**Entity Address from Schedules:**

Mohamed Sanfaz
440 S. Vermont Ave., Suite 301
Los Angeles, CA 90020

**Entity Address from POC:**

Mohamed Sanfaz
*c/o Packo Investments, Inc.*
440 S. Vermont Ave., Suite 301
Los Angeles, CA 90010

**Entity Main Address from California Secretary of State Website:**

None.

**Entity's Agent for Service of Process per California Secretary of State Website:**

None.

**Entity Main Address from its Website:**

None.

**Entity Officer Name and Address from its Website:**

None.

**Entity Main Address from FDIC Website:**

None.

*PACKO INVESTMENTS*

**Entity Address from Schedules:**

Packo Investments, Inc.
440 S. Vermont Ave., Suite 301
Los Angeles, CA 90010

**Entity Address from POC:**

Packo Investments, Inc.
c/o Allen Park
440 S. Vermont Ave., Suite 301
Los Angeles, CA 90010

**Entity Main Address from California Secretary of State Website:**

Packo Investments, Inc.
440 S Vermont Ave, Suite 301
Los Angeles, CA 90020

**Entity's Agent for Service of Process per California Secretary of State Website:**

Allen Park
*Agent for Service of Process for*
440 S Vermont Ave, Suite 301
Los Angeles, CA 90020

**Entity Main Address from its Website:**

None.

**Entity Officer Name and Address from its Website:**

None.

**Entity Main Address from FDIC Website:**

None.

*SAN BERNARDINO COUNTY*

**Entity Address from Schedules:**

San Bernardino County
Collections Unit
825 East Hospitality Lane, 1st Floor
San Bernardino, CA 92415

**Entity Address from POC:**

County of San Bernardino
Office of the Tax Collector
268 West Hospitality Lane, 1st Floor
San Bernardino, CA 92415

**Entity Main Address from California Secretary of State Website:**

None.

**Entity's Agent for Service of Process per California Secretary of State Website:**

None.

**Entity Main Address from its Website:**

San Bernardino County
268 West Hospitality Lane, 1st Fl.
San Bernardino, CA 92415

**Entity Officer Name and Address from its Website:**

None.

**Entity Main Address from FDIC Website:**

None.

*SMALL BUSINESS ADMINISTRATION (M&A)*

**Entity Address from Schedules:**

Small Business Administration (M&A)
200 West Santa Ana Blvd., Suite 180
Santa Ana, CA 92701

**Entity Address from POC:**

M&A Equities, LLC
Allen Park, Mgr.
440 S Vermont Ave, Suite 301
Los Angeles, CA 90020

**Entity Main Address from California Secretary of State Website:**

M&A Equities, LLC
Allen Park, Mgr.

440 S Vermont Ave, Suite 301
Los Angeles, CA 90020

**Entity's Agent for Service of Process per California Secretary of State Website:**

Allen Park
Agent for Service of Process for
440 S Vermont Ave, Suite 301
Los Angeles, CA 90020

**Entity Main Address from its Website:**

None.

**Entity Officer Name and Address from its Website:**

None.

**Entity Main Address from FDIC Website:**

None.

*SOO YEONG KIM*

**Entity Address from Schedules:**

Soo Yeong Kim
8300 Santa Fe Ave.
Huntington Park, CA 90255

**Entity Address from POC:**

Michael L. Parker
Jonathan P. Cothran
J.J. Kim & Associates, PC
9252 Garden Grove Blvd., Suite 23
Garden Grove, CA 92844

**Entity Main Address from California Secretary of State Website:**

None.

**Entity's Agent for Service of Process per California Secretary of State Website:**

None.

**Entity Main Address from its Website:**

None.

**Entity Officer Name and Address from its Website:**

None.

**Entity Main Address from FDIC Website:**

None.

*YEON SHIM SONG*

**Entity Address from Schedules:**

Yeon Shim Song
c/o J.J. Kim & Associates, PC
9252 Garden Grove Blvd., Suite 23
Garden Grove, CA 92844

**Entity Address from POC:**

Michael L. Parker
Jonathan P. Cothran
J.J. Kim & Associates, PC
9252 Garden Grove Blvd., Suite 23
Garden Grove, CA 92844

**Entity Main Address from California Secretary of State Website:**

None.

**Entity's Agent for Service of Process per California Secretary of State Website:**

None.

**Entity Main Address from its Website:**

None.

**Entity Officer Name and Address from its Website:**

None.

**Entity Main Address from FDIC Website:**

None.

*TONI KO*

**Entity Address from Schedules:**

Toni Ko
1100 S. Hope Street
Los Angeles, CA 90015

**Entity Address from POC:**

None.

**Entity Main Address from California Secretary of State Website:**

The Toni Ko Foundation
1108 S LOS ANGELES ST #200
LOS ANGELES CA 90015

**Entity's Agent for Service of Process per California Secretary of State Website:**

Toni Ko
Agent for Service of Process for
The Toni Ko Foundation
1108 S LOS ANGELES ST #200
LOS ANGELES CA 90015

**Entity Main Address from its Website:**

None.

**Entity Officer Name and Address from its Website:**

None.

**Entity Main Address from FDIC Website:**

None.

*WELLS FARGO DEALER SERVICES*

**Entity Address from Schedules:**

Wells Fargo Dealer Services
Attn: Bankruptcy
PO Box 19657
Irvine, CA 92623

**Entity Address from POC:**

Wells Fargo Bank N.A.
dba Wells Fargo Auto
PO Box 19657
Irvine, CA 92623

**Entity Main Address from California Secretary of State Website:**

Wells Fargo Bank N.A.
101 N Phillips Avenue
Sioux Falls, SD 57104

**Entity's Agent for Service of Process per California Secretary of State Website:**

CSC- Lawyers Incorporating Service
Agent for Service of Process for
Wells Fargo Bank N.A.
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

**Entity Main Address from its Website:**

Wells Fargo
420 Montgomery Street
San Francisco, CA 94104

**Entity Officer Name and Address from its Website:**

Timothy J. Sloan, CEO
Wells Fargo Bank NA
101 N. Phillips Avenue
Sioux Falls, SD57104

**Entity Main Address from FDIC Website:**

Wells Fargo Bank NA
101 N. Phillips Avenue
Sioux Falls, SD57104

### *SERVED REGULAR FIRST CLASS MAIL:*

**Debtor:**
**Jong Uk Byun**
8201 Santa Fe Ave.
Huntington Park, CA 90255

**All Creditors:**

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Bejac
569 S. Van Buren Street
Placentia, CA 92870

Bok Sook Byun
c/o Steven Polard
1880 Century Park E, Ste 404
Los Angeles, CA 90067

California Dept of Tax and Fee Admi
Special Ops, MIC 55
PO Box 942879
Sacramento, CA 94279-0005

City of Los Angeles
Office of Finance
200 North Spring St., RM 101
Los Angeles, CA 90012

Coleman & Horowitt, LLP
499 West Shaw, Ste. 116
Fresno, CA 93704

Coleman & Horowitt, LLP
1880 Century Park East

Suite 404
Los Angeles, CA 90067

CP Construction
105 N. Loma Place
Upland, CA 91786

Creditors Adjustment
14226 Ventura Blvd.
Sherman Oaks, CA 91423

Daniel Park
3435 Wilshire Blvd., Ste 2700
Los Angeles, CA 90010

DTSC - Site Clean Up Program
P.O. Box 806
Sacramento, CA 95812

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

First Saving Bank / Blaze
Attn: Bankruptcy
Po Box 5096
Sioux Falls, SD 57117

Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952

Sacramento, CA 95812-2952

Bank of Hope
c/o Frandzel Robins Bloom & Csato, L.C.
Attn: Hal D. Goldflam
1000 Wilshire Blvd., 19th Fl.
Los Angeles, CA 90017-2427

DLI Assets Bravo, LLC
c/o Katrina M. Miller
110 North Washington St., #500
Rockville, MD 20850

Genesis Bankcard Services
Po Box 4477
Beaverton, OR 97076

Hose-Man
5397 North Irwindale Ave
Irwindale, CA 91706

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jinah Oh
21856 S. Vermont Ave., #6
Torrance, CA 90502

Joan Park
c/o Daniel Park
3435 Wilshire Blvd. #2700
Los Angeles, CA 90010

Municipal Services Bureau
8325 Tuscany Way, Bldg 4
Austin, TX 78754-4734

Par Funding

Complete Business Solution Group
141 N. 2nd Street
Philadelphia, PA 19106

Quarter Spot Inc./DLI Assets Bravo
110 N. Washington St., Ste. 500
Rockville, MD 20850

Quantum3 Group LLC
as agent for GPCC I LLC
PO Box 788
Kirkland, WA 98083-0788

Sequoia Financial Svcs
Attn: Bankruptcy
28632 Roadside Dr , Ste 110
Agoura Hills, CA 91301

Southern County Oils
1800 West Katella Ave., Suite 400
P.O. Box 4159
Orange, CA 92863

Southern County Oil Co.
1800 West Katella Ave., Suite 400
Orange, CA 92867

Stephen M. Cook
7210 Jordan Ave.
Canoga Park, CA 91303-1223

Synchrony Bank/Amazon
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Zamucen & Curren, LLP
17898 Skypark Circle, Sutie C
Irvine, CA 92614

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE
TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **12/7/2018** I served the following
person(s) and/or entity(ies) by personal delivery, overnight mail service, or (for those who
consented in writing to such service method), by facsimile transmission and/or email as
follows.  Listing the judge here constitutes a declaration that personal delivery on the judge
<u>will be</u> completed no later than 24 hours after the document is filed.

**Personally Delivered:**

**Judge:**
**Hon. Vincent P. Zurzolo**
**U.S. Bankruptcy Court**
Central District – LA Branch
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/7/2018 | Ja'Nita Fisher | /s/ Ja'Nita Fisher |
|-----------|----------------|--------------------|
| *Date* | *Type Name* | *Signature* |