| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>M. Jonathan Hayes (Bar No. 90388)<br>Matthew D. Resnik (Bar No. 182562)<br>Roksana D. Moradi-Brovia (Bar No. 266572)<br>**RESNIK HAYES MORADI LLP**<br>17609 Ventura Blvd., Suite 314<br>Encino, CA 91316<br>**Telephone:** (818) 285-0100<br>**Facsimile:** (818) 855-7013<br>jhayes@RHMFirm.com<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* **Debtor** | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION** ||
| In re:<br><br>**JONG UK BYUN,**<br><br><br><br><br><br><br>Debtor(s) | CASE NO. **2:18-bk-19004-VZ**<br>CHAPTER: **11**<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):  <u>STIPULATION TO CONTINUE HEARING ON MOTION TO APPOINT CHAPTER 11 TRUSTEE OR CONVERT CASE TO CHAPTER 7</u> |

PLEASE TAKE NOTE that the Order titled **ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION TO APPOINT CHAPTER 11 TRUSTEE OR CONVERT CASE TO CHAPTER 7** was lodged on (*date*) **2/15/2019** and is attached.  This Order relates to the pleading which is **Docket No. 94.**

---

[1] Please abbreviate if title cannot fit into text field.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT A

M. Jonathan Hayes (Bar No. 90388)
Matthew D. Resnik (Bar No. 182562)
Roksana D. Moradi-Brovia (Bar No. 266572)
**RESNIK HAYES MORADI LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
jhayes@RHMFirm.com

*Attorneys for Debtor*
Jong Uk Byun

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:18-bk-19004-VZ |
| JONG UK BYUN, | Chapter 11 |
| Debtor. | **ORDER APPROVE STIPULATION TO CONTINUE HEARING ON MOTION TO APPOINT CHAPTER 11 TRUSTEE OR CONVERT CASE TO CHAPTER 7** |

Jong Uk Byun, the Debtor and Debtor-In-Possession in the above captioned case (the "Debtor"), Packo Investment, Bae Family Trust, Soo Yeong Kim, Mohamed Sanfaz, and Toni Ko, (the "Movants" and collectively the "Parties") by and through their respective counsel, having filed a STIPULATION TO CONTINUE HEARING ON MOTION TO APPOINT CHAPTER 11 TRUSTEE OR CONVERT CASE TO CHAPTER 7 with the Court on February 15, 2019, as Docket No. 94, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is **APPROVED**; *and*

2. The hearing on the Motion to Appoint a Chapter 11 Trustee or in the Alternative, to Convert the Case to Chapter 7 (the "Motion") set for February 26, 2019 at 11:00am. is continued to <u>April 16, 2019 at 11:00 a.m.</u> and to continue the due dates of any further pleadings to the dates set forth in the local rules.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **17609 Ventura Blvd., Suite 314, Encino, CA 91316.**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **2/15/2019** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Theron S Covey     tcovey@rasflaw.com, CAECF@tblaw.com**
- **Hal D Goldflam     hgoldflam@frandzel.com, bwilson@frandzel.com**
- **M. Jonathan Hayes     jhayes@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com**
- **David W. Meadows     david@davidwmeadowslaw.com**
- **Katrina M Miller     kmiller@pskfirm.com**
- **Kelly L Morrison     kelly.l.morrison@usdoj.gov**
- **Daniel E Park     dpark@parksylvalaw.com**
- **Darren L Patrick     dpatrick@omm.com**
- **Steven G. Polard     spolard@ch-law.com, cborrayo@ch-law.com**
- **Valerie Smith     claims@recoverycorp.com**
- **United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) **2/15/2019** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Vincent P. Zurzolo
U.S. Bankruptcy Court
Central District – LA Branch
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

Jong Uk Byun
8201 Santa Fe Ave.
Huntington Park, CA 90255

*ALL CREDITORS:*

Allen Park -Packo
440 S. Vermont Ave., #301
Los Angeles, CA 90020

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Bae Family
440 S. Vermont Ave., #301
Los Angeles, CA 90020

Bejac
569 S. Van Buren Street
Placentia, CA 92870

Bok Sook Byun

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

c/o Steven Polard
1880 Century Park E, Ste 404
Los Angeles, CA 90067

California Dept of Tax and Fee Admi
Special Ops, MIC 55
PO Box 942879
Sacramento, CA 94279-0005

City of Los Angeles
Office of Finance
200 North Spring St., RM 101
Los Angeles, CA 90012

Coleman & Horowitt, LLP
499 West Shaw, Ste. 116
Fresno, CA 93704

Coleman & Horowitt, LLP
1880 Century Park East
Suite 404
Los Angeles, CA 90067

CP Construction
105 N. Loma Place
Upland, CA 91786

Creditors Adjustment
14226 Ventura Blvd.
Sherman Oaks, CA 91423

Daniel Park
3435 Wilshire Blvd., Ste 2700
Los Angeles, CA 90010

DTSC - Site Clean Up Program
P.O. Box 806
Sacramento, CA 95812

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

First Saving Bank / Blaze
Attn: Bankruptcy
Po Box 5096
Sioux Falls, SD 57117

Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Bank of Hope
c/o Frandzel Robins Bloom & Csato, L.C.

Attn: Hal D. Goldflam
1000 Wilshire Blvd., 19th Fl.
Los Angeles, CA 90017-2427

DLI Assets Bravo, LLC
c/o Katrina M. Miller
110 North Washington St., #500
Rockville, MD 20850

Genesis Bankcard Services
Po Box 4477
Beaverton, OR 97076

Hose-Man
5397 North Irwindale Ave
Irwindale, CA 91706

Hyundai Steel Company
c/o Taejoong Kim
10550 Talbert Ave. Fl2
Fountain Valley, CA 92708

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jinah Oh
21856 S. Vermont Ave., #6
Torrance, CA 90502

Joan Park
c/o Daniel Park
3435 Wilshire Blvd.  #2700
Los Angeles, CA 90010

Kap Chan Chong
3580 Wilshire Blvd., Suite 900
Los Angeles, CA 90010

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

M & A Equities, LLC
c/o Packo Investments, Inc.
440 S. Vermont Ave., #301
Los Angeles, CA 90020

Mohamed Sanfaz
440 S. Vermont Ave., #301
Los Angeles, CA 90020

Municipal Services Bureau
8325 Tuscany Way, Bldg 4
Austin, TX 78754-4734

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*　　　　　　　　　　　　　　　Page 2　　　　　　　　　　　　**F 9021-1.2.BK.NOTICE.LODGMENT**

Ocwen Loan Servicing
1661 Worthington Road Ste, 100
West Palm Beach, FL 33409

Ocwen Loan Servicing
Attn: Bankruptcy Department
PO Box 24605
West Palm Beach, FL 33416

Packo Investments
440 S. Vermont Ave., #301
Packo In, CA 90020

Par Funding
Complete Business Solution Group
141 N. 2nd Street
Philadelphia, PA 19106

Quarter Spot Inc./DLI Assets Bravo
110 N. Washington St., Ste. 500
Rockville, MD 20850

Quantum3 Group LLC
as agent for GPCC I LLC
PO Box 788
Kirkland, WA 98083-0788

San Bernadino County Treasurer Tax
268 W. Hospitality Lane, 1st FL
San Bernardino, CA 92415

Sequoia Financial Svcs
Attn: Bankruptcy
28632 Roadside Dr , Ste 110
Agoura Hills, CA 91301

Small Business Administration
200 West Santa Ana Blvd., Ste 180
Santa Ana, CA 92701

Soo Yeong Kim
8300 Santa Fe Avenue
Huntington Park, CA 90255

Soo Yeong Kim
c/o JJ Kim & Associates PC
6 Centerpointe Dr., Suite 630
La Palma, CA 90623

Southern County Oils
1800 West Katella Ave., Suite 400
P.O. Box 4159
Orange, CA 92863

Southern County Oil Co.
1800 West Katella Ave., Suite 400
Orange, CA 92867

Stephen M. Cook
7210 Jordan Ave.
Canoga Park, CA 91303-1223

Synchrony Bank/Amazon
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Wells Fargo Bank
dba Wells Fargo Dealer Services
Attn: Bankruptcy
Po Box 19657
Irvine, CA 92623-9657

Zamucen & Curren, LLP
17898 Skypark Circle, Sutie C
Irvine, CA 92614


RETURNED MAIL/REMOVED CREDITORS:

Cemex Construction Materials
1430 Santa Clara Street
Santa Paula, CA 93060

Eisner Jaffe
9601 Wilshire Blvd., 7th FL
Beverly Hills, CA 90210

Prima Financial
680 Langsdorf Drive, Suite 207
Fullerton, CA 92831

Deutsche Bank National Trust Co
Nationstar Mortgage LLC
350 Highland Dr
Lewisville, TX 75067

Cemex Construction Materials
1430 East Santa Clara Street
Santa Paula, CA 93060

Toni Ko
1100 S. Hope Street
Los Angeles, CA 90015

Soo Yeong Kim
c/o JJ Kim & Associates, PC
9252 Garden Grove Blvd., Suite 23
Garden Grove, CA 92844

Yeon Shim Song
c/o JJ Kim & Associates, PC

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 3                            **F 9021-1.2.BK.NOTICE.LODGMENT**

9252 Garden Grove Blvd., Suite 23  
Garden Grove, CA 92844  

Hyandai Steel Company

c/o Darren Patrick  
O'Melveny & Meyrers LLP  
400 South Hope St., 18th FL  
Los Angeles, CA 90073

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **2/15/2019** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **2/15/2019** | **Ja'Nita Fisher** | **/s/ Ja'Nita Fisher** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.