1  M. Jonathan Hayes (Bar No. 90388)
   Matthew D. Resnik (Bar No. 182562)
2  Roksana D. Moradi-Brovia (Bar No. 266572)
   **RESNIK HAYES MORADI LLP**
3  17609 Ventura Blvd., Suite 314
   Encino, CA 91316
4  **Telephone:**  (818) 285-0100
   **Facsimile:**  (818) 855-7013
5  jhayes@rhmfirm.com

6
   *Attorneys for Debtor*
7  Jong Uk Byun

8

               **UNITED STATES BANKRUPTCY COURT**
9
               **CENTRAL DISTRICT OF CALIFORNIA**
10
               **LOS ANGELES DIVISION**
11

12  In re                                    )  Case No. 2:18-bk-19004-VZ
                                             )
13                                           )  Chapter 11
            JONG UK BYUN,                    )
14                                           )  **STIPULATION TO CONTINUE**
                                             )  **DEADLINE TO OBJECT TO CLAIMS**
                              Debtor. )
15                                           )
                                             )
16                                           )
                                             )
17                                           )
                                             )
18                                           )
                                             )
19  _____ )

20

21        **TO THE HONORABLE VINCENT ZURZOLO, UNITED STATES**

22  **BANKRUPTCY JUDGE; SECURED CREDITORS PACKO INVESTMENT, BAE**

23  **FAMILY TRUST, SOO YEONG KIM, MOHAMED SANFAZ, TONI KO AND**

24  **COUNSEL OF RECORD:**

25        Jong Uk Byun, Debtor and Debtor-in-Possession herein (the "Debtor"), Packo

26  Investment, Bae Family Trust, Soo Yeong Kim, Mohamed Sanfaz, and Toni Ko, (the

27  "Secured Creditors" and collectively the "Parties") by and through their respective

28  counsel, hereby stipulate and agree as follows:

**RECITALS**

A.    Debtor commenced his bankruptcy case by filing a voluntary chapter 11 on August 3, 2018.

B.    The Court set March 29, 2019 as the last day for a hearing on Objections to Claims.

C.    The Debtor anticipates objecting to the Claims of Secured Parties.

D.    Movants and the Debtor, including their counsel, met on February 14, 2019 to attempt to reach a consensus on how to move forward with the case and more particularly the amounts owed by the Debtor to the Secured Parties.

E.    The Debtor has advised the Parties that the Chapter 11 Plan will be a "pot plan."  It is also very likely to be a 100% Plan, that is to pay all creditors in full.

F.    The Parties have agreed that in the upcoming weeks their time is better spent trying to reach a consensual Plan of Reorganization than engaging in litigation over the amounts of the respective claims.

**STIPULATION**

1.    The Parties jointly request that the Court continue the deadline for the Debtor to file Objections to the claims of the Parties herein (and not any other creditors) for approximately 30 days to May 2, 2019.

Dated:  February 15, 2019                **RESNIK HAYES MORADI LLP**


                                                    **By:**    /s/ M. Jonathan Hayes
                                                            **M. Jonathan Hayes**
                                                            **Matthew D. Resnik**
                                                            *Attorneys for Debtor*
                                                            Jong Uk Byun

Dated:  February 15, 2019

1

2                                       By:           SEE NEXT PAGE

3                                                       **David Meadows**
*Attorney for Movants*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  February 15, 2019

1

2                                                   By: _____
                                                            David W. Meadows
3                                                        **David Meadows**
                                                         *Attorney for Movants*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **17609 Ventura Blvd., Suite 314, Encino, CA 91316.**

A true and correct copy of the foregoing document entitled **STIPULATION TO CONTINUE DEADLINE TO OBJECT TO CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **2/15/2019** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Theron S Covey     tcovey@rasflaw.com, CAECF@tblaw.com**
- **Hal D Goldflam     hgoldflam@frandzel.com, bwilson@frandzel.com**
- **M. Jonathan Hayes     jhayes@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com**
- **David W. Meadows     david@davidwmeadowslaw.com**
- **Katrina M Miller     kmiller@pskfirm.com**
- **Kelly L Morrison     kelly.l.morrison@usdoj.gov**
- **Daniel E Park     dpark@parksylvalaw.com**
- **Darren L Patrick     dpatrick@omm.com**
- **Steven G. Polard     spolard@ch-law.com, cborrayo@ch-law.com**
- **Valerie Smith     claims@recoverycorp.com**
- **United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov**

 **II.   SERVED BY U.S. MAIL:** On **2/15/2019** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Hon. Vincent P. Zurzolo
U.S. Bankruptcy Court
Central District – LA Branch
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

Jong Uk Byun
8201 Santa Fe Ave.
Huntington Park, CA 90255

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **2/15/2019** I served the following person(s) and/or entity(ies) by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

1   I declare under penalty of perjury under the laws of the United States of America that the
    foregoing is true and correct.

2

3   **2/15/2019**                    **Ja'Nita Fisher**                    **/s/ Ja'Nita Fisher**
    *Date*                           *Type Name*                          *Signature*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28