| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>M. Jonathan Hayes (Bar No. 90388)<br>Matthew D. Resnik (Bar No. 182562)<br>Roksana D. Moradi-Brovia (Bar No. 266572)<br>**RESNIK HAYES MORADI LLP**<br>17609 Ventura Blvd., Suite 314<br>Encino, CA 91316<br>**Telephone:** (818) 285-0100<br>**Facsimile:** (818) 855-7013<br>jhayes@RHMFirm.com<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* **Debtor** | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>**JONG UK BYUN,**<br><br>Debtor(s) | CASE NO. **2:18-bk-19004-VZ**<br>CHAPTER: **11**<br><br>NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: (*title of motion*[1]): *STIPULATION TO CONTINUE DEADLINE TO OBJECT TO CLAIMS* |
|---|---|

PLEASE TAKE NOTE that the Order titled **ORDER APPROVING STIPULATION TO CONTINUE DEADLINE TO OBJECT TO CLAIMS** was lodged on (*date*) **2/15/2019** and is attached. This Order relates to the pleading which is **Docket No. 96.**

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A

M. Jonathan Hayes (Bar No. 90388)
Matthew D. Resnik (Bar No. 182562)
Roksana D. Moradi-Brovia (Bar No. 266572)
**RESNIK HAYES MORADI LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
jhayes@RHMFirm.com

*Attorneys for Debtor*
Jong Uk Byun

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JONG UK BYUN,<br><br>Debtor. | Case No. 2:18-bk-19004-VZ<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE DEADLINE TO OBJECT TO CLAIMS** |

Jong Uk Byun, the Debtor and Debtor-In-Possession in the above captioned case (the "Debtor"), Packo Investment, Bae Family Trust, Soo Yeong Kim, Mohamed Sanfaz, and Toni Ko, (the "Secured Creditors" and collectively the "Parties") by and through their respective counsel, having filed a STIPULATION TO CONTINUE DEADLINE TO OBJECT TO CLAIMS with the Court on February 15, 2019, as Docket No. 96, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is **<u>APPROVED</u>**; *and*

2. The deadline for the Debtor to file Objections to the claims of the Parties herein (and not any other creditors) for approximately 30 days to May 2, 2019.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**17609 Ventura Blvd., Suite 314, Encino, CA 91316.**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **2/15/2019** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Theron S Covey**    tcovey@rasflaw.com, CAECF@tblaw.com
- **Hal D Goldflam**    hgoldflam@frandzel.com, bwilson@frandzel.com
- **M. Jonathan Hayes**    jhayes@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Katrina M Miller**    kmiller@pskfirm.com
- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **Daniel E Park**    dpark@parksylvalaw.com
- **Darren L Patrick**    dpatrick@omm.com
- **Steven G. Polard**    spolard@ch-law.com, cborrayo@ch-law.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>: On (*date*) **2/15/2019** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Vincent P. Zurzolo  
U.S. Bankruptcy Court  
Central District – LA Branch  
255 E. Temple Street, Suite 1360  
Los Angeles, CA 90012  

Jong Uk Byun  
8201 Santa Fe Ave.  
Huntington Park, CA 90255

☐ Service information continued on attached page

**3.** <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **2/15/2019** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/15/2019 | Ja'Nita Fisher | /s/ Ja'Nita Fisher |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**