M. Jonathan Hayes (Bar No. 90388)
Matthew D. Resnik (Bar No. 182562)
Roksana D. Moradi-Brovia (Bar No. 266572)
**RESNIK HAYES MORADI LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:**  (818) 285-0100
**Facsimile:**  (818) 855-7013
jhayes@RHMFirm.com

*Attorneys for Debtor*
Jong Uk Byun

FILED & ENTERED

FEB 19 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re

JONG UK BYUN,

Debtor.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:18-bk-19004-VZ

Chapter 11

**ORDER APPROVE STIPULATION TO
CONTINUE HEARING ON MOTION
TO APPOINT CHAPTER 11 TRUSTEE
OR CONVERT CASE TO CHAPTER 7**

**Hearing set for:**
Date:  February 26, 2019
Time:  11:00 a.m.
Place: Courtroom 1368
        255 E. Temple Street
        Los Angeles, CA  90012

**Proposed new Hearing date:**
Date:  April 16, 2019
Time:  11:00 a.m.
Place: Courtroom 1368
        255 E. Temple Street
        Los Angeles, CA  90012

Jong Uk Byun, the Debtor and Debtor-In-Possession in the above captioned case

(the "Debtor"), Packo Investment, Bae Family Trust, Soo Yeong Kim, Mohamed Sanfaz,

and Toni Ko, (the "Movants" and collectively the "Parties") by and through their

respective counsel, having filed a STIPULATION TO CONTINUE HEARING ON

MOTION TO APPOINT CHAPTER 11 TRUSTEE OR CONVERT CASE TO

1   CHAPTER 7 with the Court on February 15, 2019, as Docket No. 94, and good cause

2   appearing therefor,

3       **IT IS HEREBY ORDERED THAT:**

4       1.   The Stipulation is **<u>APPROVED</u>**; *and*

5       2.   The hearing on the Motion to Appoint a Chapter 11 Trustee or in the

6            Alternative, to Convert the Case to Chapter 7 (the "Motion") set for February 26,

7            2019 at 11:00am. is continued to <u>April 16, 2019 at 11:00 a.m.</u> and to continue

8            the due dates of any further pleadings to the dates set forth in the local rules.

9

10

11                                              ####

Date: February 19, 2019

Vincent P. Zurzolo
United States Bankruptcy Judge