Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760

Counsel for Claimant Toni Ko

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES

| | |
|---|---|
| In re:<br><br>JONG UK BYUN,<br><br>Debtor. | Case No.: 2:18-Bk-19004-VZ<br><br>Chapter 11<br><br>**STIPULATION TO ALLOW FILING OF LATE PROOF OF CLAIM** |

Toni Ko ("Claimant"), and Jong Uk Byun, the above-captioned debtor and debtor in possession (the "Debtor" and together with Claimant, the "Parties"), hereby enter into this stipulation ("Stipulation"), as set forth below. In connection with this Stipulation, the Parties respectfully state as follows:

WHEREAS, on August 3, 2018, the Debtor commenced this Bankruptcy Case by the filing of a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California, Los Angeles Division. The Debtor continues to operate his business and manage his financial affairs as a debtor in possession. There is no Committee, Trustee or Examiner appointed in the case.

WHEREAS, on October 16, 2018, the Court entered an *Order After Initial Status Conference in Chapter 11 Case: (1) Setting Deadline for Filing Proofs of Claim and Requiring Compliance with Locan Bankruptcy Rules 3001-1; (2) Setting Deadline for Hearing on Objections to Claims; and (3) Setting Hearing on Motion for Order Approving Adequacy of Disclosure Statement* [Docket No. 40].

DOCS_LA:321247.2 49987/002

WHEREAS, on October 19, 2018, the Debtor filed a *Notice of Bar Date for Filing Proofs of Claim in a Chapter 11* [Docket No. 43] (the "Bar Date Notice").

WHEREAS, pursuant to the Bar Date Notice, the deadline for non-governmental parties to file proofs of claim in the above-captioned case was December 14, 2018 (the "Bar Date").

WHEREAS, Claimant has requested that the Debtor allow Claimant to file a late claim due to the lack of timely notice of the Bar Date by Claimant.

WHEREAS, Claimant and the Debtor have agreed to enter into this Stipulation to address Claimant's filing of a late proof of claim in the interests of efficienty and estate resources as any attorney's fees incurred by Claimant in filing a motion to allow the claim to be filed after the Bar Date will only increase the size of the Claimant's claim against the estate.

NOW, THEREFORE, in consideration of the mutual promises contained herein, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, it is hereby STIPULATED AND AGREED between the Parties that:

1. The foregoing recitals are incorporated herein by reference.

2. Upon entry of an order approving this Stipulation (the "Order"), Claimant is permitted to file a claim against the Debtor's estate within 30 days of entry of the Order.

3. The Debtor reserves the right to object to the any claim filed by Claimant on any other grounds other than timeliness provided that the claim is filed within 30 days of entry of the Order.

4. This Stipulation may be signed in counterparts and signatures, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party.

Dated: April 24, 2019

**RESNIK HAYES MORADI LLP**

By _____
M. Jonathan Hayes
Counsel for Debtor and Debtor in Possession

2

DOCS_LA:321247.2 49987/002

Dated:　　April 24, 2019　　　　　　　　　　**PACHULSKI STANG ZIEHL & JONES LLP**

By　　*/s/Shirley S. Cho*
　　　　Shirley S. Cho
　　　　Counsel for Claimant

DOCS_LA:321247.2 49987/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
150 California Street, 15th Floor, San Francisco, CA 94111

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO ALLOW FILING OF LATE PROOF OF CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 25, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **April 25, 2019** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Central District – LA Branch
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

M. Jonathan Hayes
RESNIK HAYES MORADI LLP
17609 Ventura Blvd., Suite 314
Encino, CA 91316

Debtor
Jong Uk Byun
8201 Santa Fe Ave.
Huntington Park, CA 90255

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| APRIL 25, 2019 | PATRICIA JEFFRIES | /s/ Patricia Jeffries |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**In re JOHN UK BYUN**
**Case No. 2:18-bk-19004**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **John Burgee**  jburgee@bandalaw.net
- **Shirley Cho**  scho@pszjlaw.com
- **Theron S Covey**  tcovey@rasflaw.com, CAECF@tblaw.com
- **Hal D Goldflam**  hgoldflam@frandzel.com, bwilson@frandzel.com
- **M. Jonathan Hayes**  jhayes@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com
- **David W. Meadows**  david@davidwmeadowslaw.com
- **Katrina M Miller**  kmiller@pskfirm.com
- **Kelly L Morrison**  kelly.l.morrison@usdoj.gov
- **Daniel E Park**  dpark@parksylvalaw.com
- **Darren L Patrick**  dpatrick@omm.com
- **Steven G. Polard**  spolard@ch-law.com, cborrayo@ch-law.com
- **Valerie Smith**  claims@recoverycorp.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov