| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Shirley S. Cho (CA Bar No. 192616)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: 310/277-6910<br>Facsimile: 310/201-0760<br>Email: scho@pszjlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Toni Ko | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>JONG UK BYUN, | CASE NO.: 2:18-Bk-19004-VZ |
|---|---|
| | CHAPTER: 11 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br>**STIPULATION TO ALLOW FILING OF LATE PROOF OF CLAIM** |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled ORDER APPROVING STIPULATION TO ALLOW FILING OF LATE PROOF OF CLAIM

was lodged on (*date*) April 25, 2019 and is attached. This order relates to the stipulation which is docket number 126.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                    Page 1                              **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:321462.1 49987/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
150 California Street, 15th Floor, San Francisco, CA 94111

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER APPROVING STIPULATION TO ALLOW FILING OF LATE PROOF OF CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 25, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **April 25, 2019** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Central District – LA Branch
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

M. Jonathan Hayes
RESNIK HAYES MORADI LLP
17609 Ventura Blvd., Suite 314
Encino, CA 91316

Debtor
Jong Uk Byun
8201 Santa Fe Ave.
Huntington Park, CA 90255

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| APRIL 25, 2019 | PATRICIA JEFFRIES | /s/ Patricia Jeffries |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**In re JOHN UK BYUN**
**Case No. 2:18-bk-19004**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   - **John Burgee**  jburgee@bandalaw.net
   - **Shirley Cho**  scho@pszjlaw.com
   - **Theron S Covey**  tcovey@rasflaw.com, CAECF@tblaw.com
   - **Hal D Goldflam**  hgoldflam@frandzel.com, bwilson@frandzel.com
   - **M. Jonathan Hayes**  jhayes@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com
   - **David W. Meadows**  david@davidwmeadowslaw.com
   - **Katrina M Miller**  kmiller@pskfirm.com
   - **Kelly L Morrison**  kelly.l.morrison@usdoj.gov
   - **Daniel E Park**  dpark@parksylvalaw.com
   - **Darren L Patrick**  dpatrick@omm.com
   - **Steven G. Polard**  spolard@ch-law.com, cborrayo@ch-law.com
   - **Valerie Smith**  claims@recoverycorp.com
   - **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
   -

Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760

Counsel for Toni Ko

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES

| In re: | Case No.: 2:18-Bk-19004-VZ |
|---|---|
| JONG UK BYUN, | Chapter 11 |
| Debtor. | **STIPULATION TO ALLOW FILING OF LATE PROOF OF CLAIM** |

The Court has reviewed the *Stipulation to Allow Filing of Late Proof of Claim* [Docket No. 126] the ("**Stipulation**").  After consideration of the Stipulation, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. The Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #

DOCS_LA:321247.2 49987/002