EVAN M. JONES (S.B. #115827)
MARC F. FEINSTEIN (S.B. # 158901)
DARREN L. PATRICK (S.B. #310727)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

*Attorneys for Hyundai Steel Company*

FILED & ENTERED

OCT 01 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JONG UK BYUN,<br><br>           Debtor. | Case No. 2:18-bk-19004-VZ<br><br>Chapter 11<br><br>**ORDER DISMISSING THE DEBTOR'S CHAPTER 11 CASE**<br><br>Date:    September 26, 2019<br>Time:   11:00 a.m.<br>Place:   Courtroom 1368<br>           255 E. Temple Street<br>           Los Angeles, CA 90012 |

       The Court, having entered its Order to Show Cause Why the Debtor's Chapter 11 Case Should Not Be Converted or Dismissed ("OSC") on May 7, 2019 [Docket No. 131], having considered the responses thereto filed by the Debtor on September 12, 2019 [Docket No. 205] and by secured creditors Packo Investments, Inc., Allen Park, M&A Equities, LLC, the BAE Family Trust, Mohamed Sanfaz, and Kap Chan Chong on September 17, 2019 [Docket No. 207], having held a hearing on the OSC at the above-captioned time and place with appearances noted on the record, there being no objection to the dismissal of the Debtor's Chapter 11 case, and good cause appearing, hereby orders as follows:

1    The Debtor's Chapter 11 case is dismissed.

2                                        ###

Date: October 1, 2019

Vincent P. Zurzolo
United States Bankruptcy Judge

2