1

2

3

4

David W. Meadows (CA Bar No. 137052)
LAW OFFICES OF DAVID W. MEADOWS
1801 Century Park East, Suite 1235
Los Angeles, California  90067
Telephone: 310-557-8490
Facsimile:  310-557-8493
Email: david@davidwmeadowslaw.com

FILED & ENTERED

OCT 01 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza  DEPUTY CLERK

5

6

Counsel to Secured Creditors Packo Investments, Inc., Allen
Park, M&A Equities, LLC, The BAE Family Trust,
Mohamed Sanfaz, and Kap Chan Chong

7

8

UNITED STATES BANKRUPTCY COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

LOS ANGELES DIVISION

11

12

In re:

13

JONG UK BYUN,

14

Debtor and Debtor in Possession

Case No. 2:18-bk-19004-VZ

Chapter 11

**ORDER DENYING MOTION FOR ORDER
APPOINTING A CHAPTER 11 TRUSTEE;
OR IN THE ALTERNATIVE CONVERTING
THE CASE TO A CASE UNDER CHAPTER
7 OF THE BANKRUPTCY CODE**

Date:    September 26, 2019
Time:   11:00 a.m.
Place:   Courtroom 1368
           255 E. Temple Street
           Los Angeles, CA  90012

15

16

17

18

19

20

21

22

23

Law Offices of David W. Meadows
Los Angeles, California

1

Law Offices of David W. Meadows
Los Angeles, California

The Court, having considered Secured Creditors Packo Investments, Inc., M&A Equities, LLC, The Bae Family Trust, Allen Park, Mohamed Sanfaz, and Kap Chan Chong (collectively "Movants") Motion For Order Appointing A Chapter 11 Trustee (the "Motion") (Dkt. 79) and the responsive pleadings relating to the Motion, having held a hearing on the Court's Order to Show Cause Why the Debtor's Chapter 11 Case Should Not be Converted or Dismissed (the "OSC") (Dkt. 131) and having determined that the Debtor's case shall be dismissed, and thereafter held a hearing on the Motion, with appearances noted on the record, there being no objections to the Motion being denied as moot, and for good cause appearing, hereby orders as follows:

The Motion is denied AS MOOT.

# # #

Date: October 1, 2019

Vincent P. Zurzolo
United States Bankruptcy Judge

2