| ☑ Recording requested by a return to:<br><br>RHM LAW LLP<br>17609 Ventura Blvd., Suite 314<br>Encino, CA 91316<br>Telephone: (818) 285-0100  Facsimile: (818) 855-7013 | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>JUNG UK BYUN                               Debtor | CASE NUMBER   2:18-bk-19004-VZ<br>ADVERSARY NUMBER |
| Plaintiff<br>vs.<br>Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

   a. Name and address

      Jung Uk Byun

      8201 Santa Fe Ave.

      Huntington Park, CA 90255

      ☐ Address Unknown

   b. Driver's License No. _____  ☑ Unknown

   c. Social Security No. XXX-XX-1067 _____  ☐ Unknown

2. The Summons was personally served at, or mail to (address):

   Jung Uk Byun, 8201 Santa Fe Ave., Huntington Park, CA 90255

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

   Dated: _____         _____
                                          (Signature of Judgment Creditor or Attorney)

(Continued on Reverse Side)

Revised February 2010

Abstract of Judgment - Page Two

| In re (SHORT TITLE) | | CHAPTER 11 |
|---|---|---|
| Jung Uk Byun | Debtor(s). | ADVERSARY NO.: |

4. I certify that in the above-entitled action and Court, Judgment was entered on **December 16, 2019**,

in favor of **Resnik Hayes Moradi LLP** and against **Jung Uk Byun**

for  $ **0** Principal,

$ **0** Interest,

$ **76,022.50** Attorney's Fees, and

$ **0** Costs.

A lien in favor of a judgment creditor is:

☐ not endorsed on the judgment.

☑ endorsed on the judgment as follows:

1. Amount $ **76,022.50**

2. In favor of (name) **Resnik Hayes Moradi LLP (see attached order - Docket #221)**

A stay of execution has:

☑ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

(SEAL)

Attested this **8th** day of **June 2022**

**KATHLEEN J. CAMPBELL**
KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

Information regarding additional judgment debtors:

**N/A**

*Revised February 2010*

1  M. Jonathan Hayes (Bar No. 90388)
   Matthew D. Resnik (Bar No. 182562)
2  Roksana D. Moradi-Brovia (Bar No. 266572)
   **RESNIK HAYES MORADI LLP**
3  17609 Ventura Blvd., Suite 314
   Encino, CA 91316
4  **Telephone:** (818) 285-0100
   **Facsimile:** (818) 855-7013
5  jhayes@RHMFirm.com
   matt@RHMFirm.com
6  roksana@RHMFirm.com

```
FILED & ENTERED

DEC 16 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK
```

7  *Attorneys for Debtor*
   Jong Uk Byun
8

9              UNITED STATES BANKRUPTCY COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11             LOS ANGELES DIVISION

12  In re                          ) Case No. 2:18-bk-19004-VZ
13                                 ) Chapter 11
                                   )
    JONG UK BYUN,                  )
14                                 ) **ORDER GRANTING SECOND AND
                                   ) FINAL APPLICATION BY RESNIK
15                    Debtor.      ) HAYES MORADI LLP, GENERAL
                                   ) BANKRUPTCY COUNSEL FOR THE
16                                 ) DEBTOR, FOR ALLOWANCE OF
                                   ) FEES AND REIMBURSEMENT OF
17                                 ) COSTS FOR THE PERIOD JANUARY
                                   ) 22, 2019 THROUGH OCTOBER 14,
18                                 ) 2019 AND, ON A FINAL BASIS, FOR
                                   ) ITS PREVIOUSLY ALLOWED FEES
19                                 ) AND COSTS FOR THE PERIOD
                                   ) AUGUST 3, 2018 THROUGH
20                                 ) JANUARY 21, 2019**
                                   )
21                                 )
                                   ) Date: December 5, 2019
22                                 ) Time: 11:00 a.m.
                                   ) Place: Courtroom 1368
23                                 )        255 E. Temple Street
                                            Los Angeles, CA 90012
24

25      A hearing took place at the above time and location to consider the **SECOND AND
26  FINAL APPLICATION BY RESNIK HAYES MORADI LLP, GENERAL
27  BANKRUPTCY COUNSEL FOR THE DEBTOR, FOR ALLOWANCE OF FEES**
28

1  **AND REIMBURSEMENT OF COSTS FOR THE PERIOD JANUARY 22, 2019**
2  **THROUGH OCTOBER 14, 2019 AND, ON A FINAL BASIS, FOR ITS**
3  **PREVIOUSLY ALLOWED FEES AND COSTS FOR THE PERIOD AUGUST 3,**
4  **2018 THROUGH JANUARY 21, 2019** (Docket No. 218) [the "Application"].
5  Appearances were waived by the Court.
6      After consideration of the Application, there being no objections and good cause
7  appearing,
8
9      IT IS HEREBY ORDERED:
10
11      1.    The Application is approved as follows: fees for services rendered by the
12  Firm of $72,885.80 for the period January 22, 2019 through October 14, 2019, and,
13      2.    Fees previously allowed on an interim basis of $77,996.50 are allowed on a
14  final basis for the period August 3, 2018 through January 21, 2019, and,
15      3.    Costs are allowed in the amount of $207.30.
16      4.    Payment of the allowed fees and costs is authorized less the retainer and
17  postpetition payments received totaling $76,022.50.
18
19
20                        ###
21
22
23
24  Date: December 16, 2019
25                        Vincent P. Zurzolo
26                        United States Bankruptcy Judge
27
28