Form B-1037 (Rev. 8/98)                                                    1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Matthew D. Resnik (SBN 182562)<br>David M. Kritzer (SBN 170545)<br>RHM LAW LLP<br>17609 Ventura Blvd., Suite 314<br>Encino, CA 91316<br>Telephone: (818) 285-0100<br>Facsimile: (818) 855-7013<br>matt@RHMFirm.com<br><br>Attorney for: Judgment Creditor | FILED<br>JUN 08 2022<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re Jung Uk Byun | CASE NO.: 2:18-bk-19004-VZ |
|---|---|
| Debtor. | ADVERSARY NO.: |
| vs.<br><br>Plaintiff(s)<br><br><br>Defendant(s). | **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

STATE OF CALIFORNIA, COUNTY OF Los Angeles

I, Matthew D. Resnik _____ hereby state under penalty of perjury that,

1. Judgment for $ 76,022.50 _____ was entered on December 16, 2019
                                                                                                      (date)

   in the docket of the above-entitled action in favor of:
   Resnik Hayes Moradi LLP
   as Judgment Creditor, and against
   Jung Uk Byun
   as Judgment Debtor

**(If registered Judgment, fill in below)**

Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Case No. 2:18-bk-19004-VZ _____ in the United States Bankruptcy Court, Central District of California and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgement Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment are the following sums:
   $ 6955.07 _____ accrued interest, computed at 4 _____ %
                                                                                                 (see note)
   $ 0 _____ accrued costs

(Page 1 of 2)

Form B-1037 (Rev. 8/98)                                                                                   1998 USBC, Central District of California

| In re: Jung Uk Byun | CASE NO.: 2:18-bk-19004-VZ |
|---|---|
| Debtor. | ADVERSARY NO.: |

Credit must be given for payments and partial satisfaction in the amount of $_____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at __Encino_____, State of California, this __8th_____

day of __June_____, __2022__.
                                          (year)

_____
                                Signature

**NOTE: Judgments registered under 28 U.S.C. 1963 bear the rate of interest of the District of origin.**

Form B-1036 - (Rev. 02/10)  1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, California Bar Number | For Court Use Only |
|---|---|
| Matthew D. Resnik (Bar No. 182562)<br>RHM LAW LLP<br>17609 Ventura Blvd., Suite 314<br>Encino, CA 91316<br>Telephone: (818) 285-0100  Facsimile: (818) 855-7013<br><br>Attorney for _Judgment Creditor_ | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Jung Uk Byun | CASE NO.: 2:18-bk-19004-VZ |
|---|---|
| Debtor. | ADVERSARY NO.: |
| Plaintiff(s),<br><br>vs.<br><br><br>Defendant(s). | **WRIT OF EXECUTION** |

**TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

YOU ARE DIRECTED to enforce the Judgment described below with interest and costs as provided by law.

On **December 16, 2019**, a judgment was entered in the above-entitled action in favor of

**RESNIK HAYES MORADI LLP**

as **Judgment Creditor**, and against

**Jung Uk Byun**

as **Judgment Debtor**, for:

| | |
|---|---|
| $ 0 | PRINCIPAL |
| $ 76,022.50 | ATTORNEYS FEES |
| $ 0 | INTEREST |
| $ 0 | COSTS |
| $ 76,022.50 | TOTAL JUDGMENT AS ENTERED |

Form B-1036 - (Rev. 02/10)                                           1998 USBC, Central District of California

Page 2 of 3

| In re Jung Uk Byun | CASE NO.: 2:18-bk-19004-VZ |
|---|---|
|  | ADVERSARY PROCEEDING NO.: |
| Debtor(s). |  |

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of this writ of execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

Jung Uk Byun
8201 Santa Fe Ave.
Huntington Park, CA 90255

| Form B-1036 - (Rev. 02/10) | 1998 USBC, Central District of California |
|---|---|
| Page 3 of 3 | |

| In re<br><br>Jung Uk Byun<br><br>Debtor(s). | CASE NO.: 2:18-bk-19004-VZ<br><br>ADVERSARY PROCEEDING NO.: |

## NOTICE TO THE JUDGMENT DEBTOR:

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may within ten (10) days after the date the notice of levy was served deliver a claim of exemption to the levying officer as provided in Sections 703.510-703.610 of the California Code of Civil Procedure.

According to an affidavit and/or memorandum of costs after judgment, it appears that further sums have accrued since the entry of judgment, to wit:

$ 0 ACCRUED INTEREST

$ 0 ACCRUED COSTS

$ 0 TOTAL

Credit must be given for payments and partial satisfaction in the amount of $ _____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ 76,022.50 ACTUALLY DUE on the date of the issuance of this writ, of which

$ 76,022.50 is due on the judgement as entered, and bears interest at 0.21 % per

annum in the amount of $ 0.26 per day, from the date of issuance of this writ, to which

must be added the commissions and costs of the officer executing this writ.

DATED: (SEAL) June 8, 2022

**KATHLEEN J. CAMPBELL**

KATHLEEN J. CAMPBELL
Clerk, United States Bankruptcy Court

By: _____
Deputy Clerk

1  M. Jonathan Hayes (Bar No. 90388)
   Matthew D. Resnik (Bar No. 182562)
2  Roksana D. Moradi-Brovia (Bar No. 266572)
   **RESNIK HAYES MORADI LLP**
3  17609 Ventura Blvd., Suite 314
   Encino, CA 91316
4  **Telephone:** (818) 285-0100
   **Facsimile:** (818) 855-7013
5  jhayes@RHMFirm.com
   matt@RHMFirm.com
6  roksana@RHMFirm.com

```
FILED & ENTERED

DEC 16 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK
```

7  *Attorneys for Debtor*
   Jong Uk Byun
8

9              UNITED STATES BANKRUPTCY COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                    LOS ANGELES DIVISION

12  In re                           ) Case No. 2:18-bk-19004-VZ
                                    )
13                                  ) Chapter 11
         JONG UK BYUN,              )
14                                  ) ORDER GRANTING SECOND AND
                                    ) FINAL APPLICATION BY RESNIK
15                         Debtor.  ) HAYES MORADI LLP, GENERAL
                                    ) BANKRUPTCY COUNSEL FOR THE
16                                  ) DEBTOR, FOR ALLOWANCE OF
                                    ) FEES AND REIMBURSEMENT OF
17                                  ) COSTS FOR THE PERIOD JANUARY
                                    ) 22, 2019 THROUGH OCTOBER 14,
18                                  ) 2019 AND, ON A FINAL BASIS, FOR
                                    ) ITS PREVIOUSLY ALLOWED FEES
19                                  ) AND COSTS FOR THE PERIOD
                                    ) AUGUST 3, 2018 THROUGH
20                                  ) JANUARY 21, 2019
                                    )
21                                  )
                                    ) Date: December 5, 2019
22                                  ) Time: 11:00 a.m.
                                    ) Place: Courtroom 1368
23                                  )        255 E. Temple Street
                                             Los Angeles, CA 90012
24

25       A hearing took place at the above time and location to consider the **SECOND AND**
26  **FINAL APPLICATION BY RESNIK HAYES MORADI LLP, GENERAL**
27  **BANKRUPTCY COUNSEL FOR THE DEBTOR, FOR ALLOWANCE OF FEES**
28

1 | AND REIMBURSEMENT OF COSTS FOR THE PERIOD JANUARY 22, 2019
2 | THROUGH OCTOBER 14, 2019 AND, ON A FINAL BASIS, FOR ITS
3 | PREVIOUSLY ALLOWED FEES AND COSTS FOR THE PERIOD AUGUST 3,
4 | 2018 THROUGH JANUARY 21, 2019 (Docket No. 218) [the "Application"].
5 | Appearances were waived by the Court.
6 |     After consideration of the Application, there being no objections and good cause
7 | appearing,
8 |
9 |     IT IS HEREBY ORDERED:
10 |
11 |     1.    The Application is approved as follows: fees for services rendered by the
12 | Firm of $72,885.80 for the period January 22, 2019 through October 14, 2019, and,
13 |     2.    Fees previously allowed on an interim basis of $77,996.50 are allowed on a
14 | final basis for the period August 3, 2018 through January 21, 2019, and,
15 |     3.    Costs are allowed in the amount of $207.30.
16 |     4.    Payment of the allowed fees and costs is authorized less the retainer and
17 | postpetition payments received totaling $76,022.50.
18 |
19 |
20 |                     ###
21 |
22 |
23 |
24 | Date: December 16, 2019
25 |                     Vincent P. Zurzolo
                             United States Bankruptcy Judge
26 |
27 |
28 |